**FOR USE BY INCARCERATED PERSONS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

FILED

2020 NOV -9  A 11: 23

### *APPLICATION TO PROCEED IN FORMA PAUPERIS*
7:20-CV-1768-KDP-SGC

Declaring that the personal and financial information I have given below is true and correct, I

apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security

1.   Your full name:   Terri McGuire-Mollica

Present mailing address:   P.O. Box 487

Aliceville, AL 35442

2.   Are you presently employed?     Yes ☒     No ☐

If the answer is "yes," give the name and address of your employer and the amount of your usual

monthly salary or wages.

Name and Address:   SPC Aliceville

P.O. Box 487, Aliceville AL 35442

Amount of earnings: $ 30 _____ per *(specify pay period)* Month

If the answer is "no," give the name and address of your last employer, when you last worked,

and the amount of the monthly salary or wages you were receiving.

Name and Address: _____

_____

Date last worked: _____

Amount of earnings: $_____ per *(specify pay period)* _____

3.   Have you received within the past twelve months any money from any of the following

sources?

| | | | |
|---|---|---|---|
| (a) | Business, profession, or any form of self-employment? | Yes ☐ | No ☒ |
| (b) | Interest, dividends, rents or investment income of any kind? | Yes ☐ | No ☒ |
| (c) | Pensions, annuities, or life insurance payments? | Yes ☐ | No ☒ |
| (d) | Gifts or inheritances? | Yes ☐ | No ☒ |
| (e) | Any other sources? | Yes ☒ | No ☐ |

If the answer to any of the above is "yes," describe each source of money and state the amount

received from each during the past twelve months.

1

Family sends approximately $1000/year for phone calls, e-mail, and video visits.

4.    Do you own cash, or do you have any money in any checking or saving accounts, including your prison or jail account?  Yes ☒  No ☐

If the answer is "yes," state the total amount. $ 150

5.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?  Yes ☐  No ☒

If the answer is "yes," describe the property and state its approximate value.

6.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

N/A

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated:  9/07/2020

SIGNATURE OF PETITIONER

ADDRESS P.O. Box 487

Miceville AL 35442

PRISONER NUMBER 31860.001

## ★★★ IMPORTANT NOTICE ★★★

**Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.**

2

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, § 804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include **both** the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

## CERTIFICATION

I hereby certify that prisoner __Mollice Terri__ has been incarcerated in this institution since __August 31, 2016__, and that the prisoner has the sum of $ __156.10__ in his/her prison or jail trust account on this the __7th__ day of __September, 2020__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | 03/2020 | $ 20 | $ 101 |
| Month 2 | 04/2020 | $ 40 | $ 145 |
| Month 3 | 05/2020 | $ 40 | $ 116 |
| Month 4 | 06/2020 | $ 340 | $ 362 |
| Month 5 | 07/2020 | $ 40 | $ 275 |
| Month 6 | 08/2020 | $ 0 | $ 193 |
| Current month (if less than full month) | 09/2020 | $ 0 | $ 156 |

Dated: __9/7/2020__

Signature of Authorized Officer of Institution

__FCI Aliceville__
Name of Institution

3

## Deposits

| Inmate Reg #: | 31860001 | Current Institution: | Aliceville FCI |
| Inmate Name: | MOLLICA, TERRI | Housing Unit: | ALI-D-D |
| Report Date: | 09/01/2020 | Living Quarters: | D01-040I |
| Report Time: | 11:48:15 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Sender Last Name | Sender Zip |
|-----------|------------------|--------|------|------------------|-----------|
| 7/7/2020 1:41:52 PM | Payroll - IPP | $40.60 | VIPP0620 | | |
| 6/11/2020 6:03:45 AM | Western Union | $300.00 | 33320163 | MOLLICA | 35242 |
| 6/5/2020 8:20:31 AM | Payroll - IPP | $40.60 | VIPP0520 | | |
| 5/23/2020 6:03:13 AM | Western Union | $40.00 | 33320144 | ENGLISH | 36083 |
| 4/3/2020 3:04:57 PM | Payroll - IPP | $40.60 | VIPP0320 | | |
| 3/29/2020 6:03:23 PM | Money Gram | $20.00 | 33420089 | JAKES | 70001 |

## ViewAllTransCombined

149

## All Transactions

| Inmate Reg #: | 31860001 | Current Institution: | Aliceville FCI |
| Inmate Name: | MOLLICA, TERRI | Housing Unit: | ALI-D-D |
| Report Date: | 09/01/2020 | Living Quarters: | D01-040I |
| Report Time: | 11:48:30 AM | | |

| Date/Time | Transaction Type | Amount | Ref# |
|-----------|------------------|--------|------|
| 8/31/2020 10:58:49 AM | TRUL Withdrawal | ($5.00) | TL0831 |
| 8/25/2020 10:28:30 AM | Pre-Release Transaction | $50.00 | TL082020 |
| 8/25/2020 10:28:11 AM | TRUL Withdrawal | ($5.00) | TL0825 |
| 8/24/2020 12:41:07 PM | Sales - Fingerprint | ($25.20) | 62 |
| 8/22/2020 12:28:02 PM | TRUL Withdrawal | ($5.00) | TL0822 |
| 8/19/2020 6:13:47 PM | TRUL Withdrawal | ($2.00) | TL0819 |
| 8/18/2020 7:19:06 AM | TRUL Withdrawal | ($2.00) | TL0818 |
| 8/17/2020 11:18:24 AM | Sales - No FP (Non-FP Session) | $8.50 | 4 |
| 8/14/2020 5:44:15 PM | TRUL Withdrawal | ($2.00) | TL0814 |
| 8/13/2020 12:57:14 PM | Sales - No FP (Non-FP Session) | ($42.25) | 101 |
| 8/12/2020 6:00:38 PM | TRUL Withdrawal | ($2.00) | TL0812 |
| 8/9/2020 5:53:52 PM | Pre-Release Transaction | $50.00 | TL082020 |
| 7/30/2020 9:58:44 AM | Sales - No FP (Non-FP Session) | ($39.00) | 56 |
| 7/15/2020 11:24:26 AM | Sales - No FP (Non-FP Session) | ($2.15) | 42 |
| 7/15/2020 11:14:37 AM | Sales - No FP (Non-FP Session) | ($16.30) | 39 |
| 7/13/2020 5:21:04 PM | TRUL Withdrawal | ($10.00) | TL0713 |
| 7/8/2020 12:10:31 PM | Sales - No FP (Non-FP Session) | ($60.10) | 25 |
| 7/7/2020 1:41:52 PM | Pre-Release Transaction | $0.00 | VIPP0620 |
| 7/7/2020 1:41:52 PM | Payroll - IPP | $40.60 | VIPP0620 |
| 6/25/2020 7:24:53 AM | TRUL Withdrawal | ($10.00) | TL0625 |
| 6/24/2020 7:58:08 AM | Sales - No FP (Non-FP Session) | ($55.55) | 19 |
| 6/14/2020 5:52:36 PM | Pre-Release Transaction | ($200.00) | TL062020 |
| 6/11/2020 6:03:45 AM | Pre-Release Transaction | $0.00 | 33320163 |
| 6/11/2020 6:03:45 AM | Western Union | $300.00 | 33320163 |
| 6/5/2020 8:20:56 AM | FRP Quarterly Pymt | ($30.00) | VFRP0620 |
| 6/5/2020 8:20:31 AM | Pre-Release Transaction | $0.00 | VIPP0520 |
| 6/5/2020 8:20:31 AM | Payroll - IPP | $40.60 | VIPP0520 |
| 5/27/2020 8:55:53 AM | Sales - No FP (Non-FP Session) | ($54.35) | 43 |
| 5/23/2020 6:03:13 AM | Pre-Release Transaction | $0.00 | 33320144 |
| 5/23/2020 6:03:13 AM | Western Union | $40.00 | 33320144 |
| 5/12/2020 8:48:48 AM | Sales - No FP (Non-FP Session) | ($13.90) | 5 |
| 4/30/2020 10:31:17 AM | Sales - No FP (Non-FP Session) | ($29.60) | 6 |
| 4/20/2020 10:48:05 AM | Sales - No FP (Non-FP Session) | ($11.00) | 2 |
| 4/19/2020 2:26:43 PM | Phone Withdrawal | $83.65 | TFN0419 |
| 4/17/2020 12:46:00 PM | Sales - No FP (Non-FP Session) | ($13.85) | 44 |
| 4/3/2020 3:04:57 PM | Pre-Release Transaction | $0.00 | VIPP0320 |
| 4/3/2020 3:04:57 PM | Payroll - IPP | $40.60 | VIPP0320 |
| 4/3/2020 2:03:20 PM | Sales - No FP (Non-FP Session) | ($25.00) | 32 |
| 3/29/2020 6:03:23 PM | Pre-Release Transaction | $0.00 | 33420089 |
| 3/29/2020 6:03:23 PM | Money Gram | $20.00 | 33420089 |
| 3/25/2020 9:35:30 AM | Phone Withdrawal | ($50.00) | TFN0325 |
| 3/24/2020 7:09:06 PM | TRUL Withdrawal | ($15.00) | TL0324 |
| | | ($10.00) | TL0324 |