Case: 7:20-cv-01768-RDP-SGC Document #: 3-1 Date Filed: 12/11/2020 Page 1 of 3
Case 7:20-cv-01768-RDP-SGC Document 4-1 Filed 01/04/21 Page 4 of 4

FILED
2021 Jan-04 PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | 2021 JAN -4 P 1:00 |
| Plaintiff, ) | |
| v. ) | Case No.: 7:20-cv-01768-RDP-SGC |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| Defendants. ) | |

## PRISONER CONSENT FORM

I hereby authorize the agency having custody of me ("the agency") to collect from my prison and/or jail account and forward to the Clerk of the United States District Court for the Northern District of Alabama payments in accordance with 28 U.S.C. § 1915(b) until the full filing fee of $350.00 required to maintain this action is paid.

I authorize the agency to withdraw from my account and send to the District Court Clerk an initial partial payment of $41.66. I UNDERSTAND THAT IT IS MY RESPONSIBILITY TO SEE THAT THE PARTIAL FILING FEE IS PAID. Following payment of this initial partial filing fee, I further authorize the agency to withdraw every month twenty (20) percent of the total deposits above the first $10.00 credited to my prison and/or jail account for the previous month and to remit that amount to the District Court Clerk until the filing fee indicated above has been paid.

I understand that even if I am allowed to proceed *in forma pauperis* (in other words, without having to prepay the full filing fee) and even if my action is later dismissed for any reason, I am obligated to pay to the District Court Clerk the full amount of the filing fee. Additionally, I understand that the Court may enter judgment against me for payment of costs at the conclusion of the action, including any unpaid portion of the required filing fees. If the Court does so, I also authorize the agency to make monthly payments from my account to the District Court Clerk in the manner described above until the full amount of the costs ordered is paid. I UNDERSTAND THAT MY OBLIGATION TO PAY THE FILING FEE IN FULL, SHALL REMAIN IN FULL FORCE AND EFFECT, NOTWITHSTANDING ANY DISMISSAL OR TERMINATION OF THE LAWSUIT, UNTIL THE FULL FILING FEE OF $350.00 HAS BEEN PAID.

If I am transferred to another prison, jail, or custodial agency, I hereby consent that this authorization will continue to apply, and the new prison, jail, or custodial agency shall assume the duties of collecting and forwarding any remaining monthly payments to the District Court Clerk.

12/29/2020
Date

Terri McGuire-Mollica
Plaintiff's signature

31860-001
Prisoner identification number

4

Date: 12/30/2020  
Time: 09:56:02 AM

Location: ALI

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF PRISONS
## Request for Withdrawal of Inmate's Personal Funds

ALI-D-D, 31860001 - MOLLICA, TERRI

Encumbrance No.: 727

Please charge to my account the sum of **$41.66** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
Hugo L Black U S, Courthouse
1729 5TH AVE N
Room 140
BIRMINGHAM
AL 35203-2000
United States

Purpose: Court Fees

Check Memo: 7:20cv1768RDP McGuire-Mollica vFBoP

_____  
(Signature of Inmate)

31860001 - MOLLICA, TERRI  
(Inmate Register No./Name)

_____  
(Signature of Approving Official)

_____  
(Signature of Deposit Fund Tech)

(Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008

⇔31860-001⇔
Terri Mollica
REG #31860001
Satellit Prison Camp
P.O. Box 487
Aliceville, AL 35442
United States

BIRMINGHAM AL  350
31 DEC 2020  PM 5 L



⇔31860-001⇔
Courthouse Hugo L Black U S
1729 5TH AVE N
Room 140
Birmingham, AL 35203-2000
United States

35203-203799