FILED
2021 Jan-15 PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

WESTERN DIVISION

2021 JAN 15 A II: 28
U.S. DISTRICT COURT
N.D. OF ALABAMA

TERRI MCGUIRE-MOLLICA
    Plaintiff

v.                                      Case No. 7:20-cv-01768-RDP-SGC

FEDERAL BUREAU OF PRISONS, ET AL
    Defendants

## MOTION FOR TEMPORARY RESTRAINING ORDER

## AND PRELIMINARY INJUNCTION

    COMES NOW, Terri McGuire-Mollica, pro se litigant, unskilled and unschooled in the law, a federal prisoner currently housed at the Satellite Prison Camp in Aliceville, Alabama, asking this Honorable Court for a Temporary Restraining Order, pursuant to Fed R Civ P 65 and a preliminary Injunction, where Plaintiff can establish the threat of irreparable harm to her life and liberty.

    On October 27, 2020, Plaintiff filed suit with the court against Defendants Federal Bureau of Prisons, United States of America, Aliceville Prison Wardens Bradley and Garrett, Aliceville Administrative Personnel Shoulders and Medley, Aliceville Medical Staff, Aliceville Mailroom Staff for violations of Plaintiff's U.S. Constitutional Rights as well as Federal Tort Claim Act.

I.  Summary

In order for the case to be decided without interference from the Defendants, Plaintiff asks that this Honorable Court issue a TRO and preliminary injunction against Defendants and order the following:

A.  Defendants are not to attempt to coerce Plaintiff to receive any medical treatment for the tumors (the basis of the civil lawsuit) without express and written consent of this court.

As the Defendants have had more than 48 months to provide needed medical services, and as of this date of this filing, NO consultations are pending, Plaintiff asks that this court order the Defendants NOT to attempt to provide or coerce Plaintiff to receive any medical services associated with this lawsuit.

B.  Defendants are not to file any medical records directly to this court without non-BoP verification from a third-party source, as the Medical Staff at Aliceville has already provided forged/falsified documents relating to this case to Plaintiff.

C.  Defendants are not to move Plaintiff from her current assigned housing unit at the Satellite Prison Camp in Aliceville, Alabama, to another Federal Bureau of Prison facility, including the Federal Correctional Institute at Aliceville, Alabama, and the Segregated Housing Unit ("SHU") without the express and written consent of this court, to prevent retaliation.

D.  Allow Plaintiff at least 1 hour per day (Monday - Friday) to access the Law Library, including the electronic law library, printer and copy machine while this case is pending.

From the period 10/27 - 11/09/2020, Plaintiff was unable to access the law library due to a lock-down. The camp is still under a lockdown for unknown reasons.

E.  Instruct the officers/staff at SPC Aliceville to deliver incoming legal mail to Plaintiff within 24 hours of its arrival to the Aliceville facility, while this case is pending.

The staff is intentionally tampering with incoming and outgoing mail, one of the basis for this civil suit.

II.  Conclusion

Plaintiff asks this Honorable Court to issue a temporary restraining order and preliminary injunction for the foregoing issues while this case is pending before this Court.

Respectfully submitted, this the 7th day of January 2021.

Terri McGuire-Mollica
Reg. No. 31860-001
c/o SPC Aliceville
P.O. Box 487
Aliceville, AL  35442

Please SERVE the following:

Federal Bureau of Prison
Southeast Regional Office
346 Marine Forces Drive
Grand Prairie, TX  75051

Satellite Prison Camp - Aliceville
P.O. Box 445
11070 Hwy 14
Aliceville, AL  35442

Satellite Prison Camp

CERTIFICATE OF SERVICE

I, Terri McGuire-Mollica, certify under penalty of perjury that a true and correct copy of this MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION was served on the U.S. District Court for the Northern District of Alabama in Huntsville, Alabama, via first class prepaid U.S. Mail by placing it in the SPC Aliceville prison mailbox, done this the 7th day of January 2021.

Terri McGuire-Mollica
Reg No. 31860-001


Please Serve the Following:

Federal Bureau of Prisons
Southeast Regional Office
346 Marine Forces Drive
Grand Prairie, TX  75051


Satellite Prison Camp - Aliceville
P.O. Box 445
11070 Hwy 14
Aliceville, AL  35442