# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, Register # 31860-001, Plaintiff, v. FEDERAL BUREAU OF PRISONS, et al., Defendants. | Case No.: 7:20-cv-01768-RDP-SGC |

## ORDER

On January 20, 2021, the plaintiff paid a partial filing fee of $41.66. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), and consistent with the plaintiff's signed Prisoner Consent Form (copy attached) authorizing payment of the required $350.00 filing fee from the plaintiff's inmate account, the warden or chief jailer of the jail or prison in which the plaintiff is housed is **DIRECTED** to deduct and withhold from any deposits made by or on behalf of the plaintiff into any inmate account at the facility a sum equivalent to twenty percent (20%) of the total deposits each month after the first $10.00. (The first $10.00 deposited into the plaintiff's account each month shall go to the plaintiff, after which 20% of the monthly deposits will be deducted and withheld pursuant to this order).

By not later than the tenth day of each month, the warden or chief jailer shall pay over to the Clerk of Court all sums withheld in the preceding month pursuant to this order. The warden or chief jailer shall continue to withhold and deduct twenty percent of the plaintiff's monthly deposits after the first $10.00 until a total of $308.34 has been withheld and paid to the Clerk of Court to satisfy the filing fee. The figure to be withheld by the warden represents the full $350.00 filing fee less the $41.66 initial partial filing fee previously paid.[1]

All payments made by the warden or chief jailer shall clearly identify the full name of the plaintiff and the case number assigned to the action. Checks should be made payable to "**Clerk, U. S. District Court**," and should be sent to the **Office of the Clerk, 1729 Fifth Avenue North, Birmingham, Alabama 35203**.

In the event the plaintiff is transferred to another prison or custodial agency, the warden, jailer, or financial officer at that institution will assume the duty of collecting and withholding funds until the full $350.00 filing fee has been paid. THIS ORDER AND THE OBLIGATION OF THE WARDEN OR CHIEF JAILER TO WITHHOLD FUNDS FROM THE PLAINTIFF'S PRISON OR JAIL TRUST ACCOUNT, AS WELL AS THE PLAINTIFF'S OBLIGATION TO PAY THE FILING FEE IN FULL, SHALL REMAIN IN FULL FORCE AND EFFECT,

---

[1] Because the plaintiff has been granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915(b), she has not been assessed the $52 administrative fee for filing a civil action.

NOTWITHSTANDING ANY DISMISSAL OR TERMINATION OF THE LAWSUIT, UNTIL THE FULL FILING FEE OF $350.00 HAS BEEN PAID.

The Clerk is **DIRECTED** to serve a copy of this order upon the plaintiff.

The Clerk is further **DIRECTED** to serve a copy of this order and a copy of the plaintiff's signed Prisoner Consent Form (Doc. 4) on the warden or chief jailer where the plaintiff is housed and on the Chief Financial Officer of the Federal Correction Institution at FCI Aliceville, where the plaintiff is presently housed.

**DONE** this 3rd day of February, 2021.

_/s/ Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE