UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

2021 APR -5 P 12: 51
U.S. DISTRICT COURT
N.D. OF ALABAMA

TERRI MCGUIRE MOLLICA,
    Plaintiff

v.                                      Case No. 7:20-cv-01768-RDP-SCG

FEDERAL BUREAU OF PRISONS, et al.
    Defendants

## MOTION TO APPOINT COUNSEL

COMES NOW, Terri McGuire Mollica, pro se litigant, unskilled and unschooled in the law, asking this Honorable Court to appoint counsel to assist her in the above styled civil case.

Plaintiff is currently incarcerated at the Satellite Prison Camp ("SPC"), located in Aliceville, Alabama, which is currently in the midst of a outbreak of COVID-19 cases, due to the worldwide pandemic.

In support of this motion, the Plaintiff avers the following:

A.    Lockdowns during 2020 - 2021:

In the period 3/30/2020 - 4/01/2021, Defendant has been locked down, without access to the law library, law books, legal forms, typewriters, printers and copier, for a period of 223 days out of 368 days, as follows:

    1.    3/30/2020 - 4/28/2020, Plaintiff was locked inside her housing unit D at the SPC with no access to the courts, law library, etc. due to the COVID-19 pandemic.

    2.    4/28/2020 - 8/20/2020, Plaintiff was moved from "out custody" at the SPC and relocated to

the Federal Correctional Institution ("FCI") at Aliceville, Alabama, a medium-security facility "behind the fence" and locked inside a 7' x 9' cell for 23.5 hours per day, without access to computers, legal mail, court, etc. for "protection" from the COVID-19 virus.

3. 10/27/2020 - 11/27/2020, after being returned to the SPC on 8/20/2020, Plaintiff's housing unit was "locked down" for mass punishment, without access to the law library, etc.

4. 12/18/2020 - 2/01/2021, Plaintiff's housing unit was "locked down" again for mass punishment, without access to the law library, etc.

5. 3/28/2021 - current, after the staff at Aliceville placed 2 COVID-19 positive inmates inside Plaintiff's housing unit, it is once again "locked down" without access to the law library, etc. Due to the nature of the COVID-19 virus transmission, it is unclear how long this lock down will last.

B. Denial of Access to Medical Records

1. On 7/09/2020, Plaintiff was taken on an outside medical trip to see Federal Bureau of Prisons ("FBoP") contract doctor Lorissa Autery of the Walker's Women Health Center in Jasper, Alabama. Dr. Autery recommended several prescriptions, additional diagnostic testing, and surgery.

2. Upon receipt of Plaintiff's FBoP medical records, Plaintiff became aware that either Dr. Autery or the FBoP was denying her access to the medical records. Of 22 pages of records, Plaintiff only received 10 pages. (see Attachment A).

3. On 8/26/2020 and 11/25/2020, Plaintiff requested these medical records directly from Dr. Autery. The records have never been received and Plaintiff was told that the records would not be released "without a court order." (see Attachment B)

C. Conclusion

Plaintiff needs the assistance of outside counsel to obtain these medical records. They will have to be subpoenaed and, most likely, Dr. Autery will need to be deposed and/or sent interrogatories to determine the person or persons within the FBoP and Aliceville are trying to prevent Plaintiff access to her own medical records in an effort to sabotage Plaintiff's lawsuit against the FBoP. Counsel may also determine whether Dr. Autery needs to be added as a defendant in this lawsuit.

These medical records provide crucial evidence in Plaintiff's civil case against the FBoP for willful neglect and deliberate indifference to her serious health conditions, which has been on-going for more than 5 years.

Therefore, Plaintiff asks that this Honorable Court GRANT her request to appoint outside counsel to provide assistance with the procuring of necessary documents.

Respectfully submitted, this the ___1st___ day of April 2021.

*Terri McGuire Mollica*

Terri McGuire Mollica
Reg No. 31860-001
c/o SPC Aliceville
P.O. Box 487
Aliceville, AL 35442

## CERTIFICATE OF SERVICE

I, Terri McGuire Mollica, certify under penalty of perjury that a true and correct COPY of this MOTION FOR APPOINTMENT OF COUNSEL was served on the United States District Court for the Northern District of Alabama via first class prepaid U.S. Mail, by placing it in the SPC Aliceville prison mailbox on this, the ____ day of April 2021.

Terri McGuire Mollica
Reg No. 31860-001

BP-S148.055  **INMATE REQUEST TO STAFF**  CDFRM
SEP 98

Attachment A

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Medical Records | DATE: 9/18/2020 |
|---|---|
| FROM: Terri Mollica | REGISTER NO.: 31860-001 |
| WORK ASSIGNMENT: Rec | UNIT: D |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I received my FBoP medical records for the period 1/01/2020 - present, which included my outside doctor visit to Walker Women's Specialists (Dr. Autery) on 7/09/2020.

The complete record for the visit was 22 pages. I received pages 5, 6, 14, 15, 16, 17, 18, 19, 20, 21. I am missing 12 pages. Can you please send to me?

Thanks!

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER

Attachment B

P.O. Box 487

Terri McGuire Mollica
Reg No. 31860-001

Aliceville, AL  35442

November 25, 2020

Walker Women's Specialists
304 Blackwell Dairy Road
Jasper, AL  35501

ATTN:   Medical Records

RE:   Medical Records for Visit on 07/09/2020

    Hi. I would like to request for a copy of my medical records for the above date. This is my second request (first dated 8/26/2020).

    I am currently incarcerated t the Satellite Prison Camp in Aliceville, AL, and I was seen in your office on 07/09/2020.

    I am enclosing sent a copy of my identification; my date of birth is 5/14/1966 and the last 4 digits of my SSN is 2442.

    If there is a charge for the records, please contact my sister, Traci Woodall, at 205.721.5099.

    Thank you for your assistance with this matter.

                                   Sincerely,

                                   Terri McGuire Mollica

Attachment B



31860-001
Terri Mollica
REG #31860001
Satellit Prison Camp
P.O. Box 487
Aliceville, AL 35442
United States

31860-001
Courthouse Hugo L Black U S
1729 5TH AVE N
Room 140
Birmingham, AL 35203-2000
United States

SECURITY
APR 05 2021
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

35203@2050 C006