# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-RDP-SGC |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff has moved for appointment of counsel. (Doc. 8). However, no constitutional right to counsel exists in a civil case. *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999). The appointment of counsel in a civil matter is a privilege justified only by exceptional circumstances, such as novel or complex litigation. *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990); *Vickers v. Georgia*, 567 F. App'x 744, 749 (11th Cir. 2014). The plaintiff's claims are neither novel nor complex; appointment of counsel is not warranted at this time. Accordingly, the motion for appointment of counsel is **DENIED** without prejudice. The Clerk of Court is **DIRECTED** to send a copy of this order to the plaintiff.

**DONE** this 4th day of June, 2021.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE