FILED
2021 Nov-02 PM 04:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

TERRI MCGUIRE-MOLLICA,
   Plaintiff

v.                                        Case No. 7:20-cv-01768-RDP-SGC

FEDERAL BUREAU OF PRISONS, ET AL
   Defendants

---

### NOTICE OF CHANGE OF ADDRESS

COMES NOW, Terri McGuire-Mollica, pro se litigant, unskilled and unschooled in the law, notifying this court of an ADDRESS CHANGE.

Plaintiff has been in-transit and quarantine since 8/17/2021.

The new address is FPC Marianna, P.O. Box 7006, Marianna, FL 32447-7006.

She has received NO mail since 8/17/2021, and would like to request any notices from the court be resent at this time.

Respectfully submitted, this the 27th day of October 2021.

Terri McGuire-Mollica
Reg No. 31860-001
c/o FPC Marianna
P.O. Box 7006
Marianna, FL 32447-7006