FILED
2022 Jan-10 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Fed R Civ P 34
DATE: 01/03/2022 09:36:47 AM

2022 JAN 10 P 12: 20

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

TERRI MCGUIRE-MOLLICA,
    Plaintiff

v.                                          Case No. 7:20-cv-07168-RDP-SCG

FEDERAL BUREAU OF PRISONS, ET AL,
    Defendants

---

### REQUEST TO PRODUCE DOCUMENTS
### PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34

---

| | |
|---|---|
| PLAINTIFF and PROPOUNDING PARTY: | Terri McGuire Mollica<br>Reg No. 31860-001<br>P.O. Box 7006<br>Marianna, FL 32447-7006 |
| RESPONDING PARTY: | Dr. Lorissa Autery<br>Walker Women's Specialists<br>304 Blackwell Dairy Road<br>Jasper, AL 35501 |
| SET NUMBER: | 1 |

    Terri McGuire-Mollica, Plaintiff and Propounding Party, makes the following request pursuant to Rule 34 of the Federal Rules of Civil Procedure. Under Rule 34, you are required to serve a WRITTEN response to this request to the PLAINTIFF/PROPOUNDING PARTY (at the above address), indicating whether you will comply with each request listed below, no later than 15 days after the date this request was served on you.

    This request is intended to cover all documents in "possession" of Dr. Lorissa Autery and/or Walker Women's Specialist, or subject to your "custody" or "control," within the meaning of those terms as used in Rule 34 of the Federal Rules of Civil Procedure. In particular, the request covers all documents in "possession, custody, or control," regardless of whether the documents are located in any of your district offices, division offices, or any other office maintained by you or your agents or employees.

    As used in this request, the term "document" means, without limitations, the following items, whether

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A
---

printed or recorded or reproduced by any other mechanical process, or written or produced by hand: agreements, communications, federal government reports or contracts, correspondence, memoranda, summaries or records of telephone conversations, summaries or records of personal conversations or interview, diaries, graphs, reports, notebooks, notes charges, summaries or records of meeting or conferences, summaries or reports of investigations, opinions or reports of consultants, photographs, brochures, pamphlets, drafts, letters, any marginal comments appearing on any document, e-mails, computer files of any kind, and all other writings.

All documents should be in PAPER HARD-COPY format only. Computer disks/drives are not acceptable.

The documents covered by this request are for the period 10/01/2019 - present:

1. ALL medical records in your possession for the Plaintiff for the period listed above.

RESPONSE TO REQUEST NO. 1: _____

2. ALL documents RECEIVED from the Federal Bureau of Prisons, or any other governmental agency or official, related to Plaintiff for the period listed above.

RESPONSE TO REQUEST NO. 2: _____

3. Diagnoses of ALL medical issues for Plaintiff.

RESPONSE TO REQUEST NO. 3: _____

WAS THIS RECORD SENT TO THE FBoP OR ANY GOVERNMENTAL AGENCY? _____

4. Results of ALL diagnostic tests performed on Plaintiff, including outside Lab results.

RESPONSE TO REQUEST NO. 4: _____

WAS THIS RECORD SENT TO THE FBoP OR ANY GOVERNMENTAL AGENCY? _____

5. List of ALL medications prescribed for Plaintiff and explanation of their uses.

RESPONSE TO REQUEST NO. 5: _____

WAS THIS RECORD SENT TO THE FBoP OR ANY GOVERNMENTAL AGENCY? _____

6. Doctor's Recommendations for further diagnostic testing, surgery, etc.

RESPONSE TO REQUEST NO. 6: _____

WAS THIS RECORD SENT TO THE FBoP OR ANY GOVERNMENTAL AGENCY? _____

7. ALL Doctor's Notes related to Plaintiff.

RESPONSE TO REQUEST NO. 7: _____

WAS THIS RECORD SENT TO THE FBoP OR ANY GOVERNMENTAL AGENCY? _____

8. Listing for any Federal Bureau of Prison official or any other government official that received ANY information related to Plaintiff's medical visit. Include Name(s) and Contact Information, if any.

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

RESPONSE TO REQUEST NO. 8: _____


TIME, PLACE, AND MANNER OF COMPLIANCE:

Within 15 days of being served with this notice, Responding Party must respond in writing to Plaintiff indicating intent to comply with this request.

Within 30 days of being served with this notice, Responding Party should mail the documents to Plaintiff at the following address:

> Terri McGuire-Mollica
> Reg No. 31860-001
> P.O. Box 7006
> Marianna, FL 32447-7006

PLEASE include a TRACKING NUMBER in order to provide evidence to the Court that the documents were successfully delivered to Plaintiff within the time period.

Method of Service: _____     Tracking No.: _____


Respectfully submitted, this the  3rd  day of January 2022.


*[signature: Terri McGuire Mollica]*

Terri McGuire Mollica
Plaintiff/Propounding Party

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Certificate of Service
DATE: 01/03/2022 10:47:40 AM

CERTIFICATE OF SERVICE

I, Terri McGuire-Mollica, certify under penalty of perjury that a true and correct copy of the REQUEST TO PRODUCE DOCUMENTS PURUSANT TO FED R CIV PROC 34 , was served on the United States District Court for the Northern District of Alabama, Birmingham, Alabama, via prepaid U.S. Mail, by placing it in the prison mailbox at FPC Marianna, on this the 3rd day of January 2022.

*Terri McGuire-Mollica*
Terri McGuire-Mollica
Reg No. 31860-001

PLEASE SERVE THE FOLLOWING:

Dr. Lorissa Autery
Walker Women's Specialists
304 Blackwell Dairy Road
Jasper, AL 35501

Aliceville Federal Correctional Institution
11070 Hwy 14
Aliceville, AL 35442

Federal Bureau of Prisons
South Central Regional Office
346 Marine Forces Drive
Grand Prairie, TX 75051

Federal Bureau of Prisons
Southeast Regional Office
3800 Camp Creek Pkwy
Bldg 2000
Atlanta, GA 30331-6226

