# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-RDP-SGC |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff has filed a request for production of documents from Dr. Lorissa Autery at Walker Women's Specialists. (Doc. 11). The court will construe the motion as one for leave to conduct discovery. For the following reasons, the motion is due to be denied as premature.

Under the Prison Litigation Reform Act, as partially codified at 28 U.S.C. § 1915A, this court is required to screen complaints filed by prisoners against officers or employees of governmental entities, and to dismiss the complaint or any portion of the complaint it finds to be frivolous or malicious, that fails to state a claim upon which relief can be granted, or that seeks monetary relief from a defendant who is immune from such relief. If the undersigned magistrate judge finds that the plaintiff has stated a cognizable claim, she will enter an Order for Special Report, directing the Clerk of Court to send the named defendants a copy of the complaint and

ordering the defendants to submit a Special Report concerning the factual allegations made by the plaintiff in her complaint. The defendants' Special Report must include a clear and legible copy of all documents relevant to the claims or defenses asserted in the action, including all incident reports, disciplinary reports, classification or custody records, and medical records as may bear directly on the claims or defenses asserted.

The court has not yet determined the sufficiency of the plaintiff's complaint. Therefore, the plaintiff's motion for leave to conduct discovery is premature. Accordingly, the plaintiff's motion is **DENIED** without prejudice.  (Doc. 11).

**DONE** this 19th day of January, 2022.

_Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE