United States District Court
for the Northern District of Alabama
Western Division

Terri McGuire-Mollica,
    Plaintiff

v.                                  Case No. 7-20-cv-01768-RDP-SGC

Federal Bureau of Prisons, et al.,
    Defendants

Motion for Extension of Time to File Objections to Report and Recommendations and Amend Complaint

Comes Now, Terri McGuire-Mollica, Plaintiff, unskilled and unschooled in the law, asking this Honorable Court for an extension of time to file her objections to the Report and Recommendations and to Amend her Complaint.

In support of this Motion, Plaintiff asserts the following:

1. The Report and Recommendation is dated 6/03/2022; it was mailed 6/06/2022; it was delivered to Plaintiff on 6/10/2022.

2. The response is currently due on 6/17/2022, 14 days from the date the report was signed.

3. Plaintiff is currently housed at the Federal Prison Camp in Marianna, FL ("FPC")

4. The FPC is in the midst of its 3rd COVID-19 lockdown since August 2021. Each of the prior 2 lockdowns have lasted approximately 30 days.

5. Plaintiff was on a modified lockdown from 6/7/2022 - 6/11/2022, where she was allowed outside access for 1 hour/day. However, on 6/11/2022, the FPC went on a total lockdown of the entire camp.

6. Plaintiff does not have access to the Law Library, typewriters, copiers, or emails. She also does not have access to her legal files at this time.

7. Plaintiff has received no information from the FPC Administration regarding the duration of this lockdown.

As such, Plaintiff respectfully request a 30-day extension of time to file her objections and Amend her Complaint, with a new due date of 7/01/2022.

Respectfully submitted, this the 13th day of June 2022.

Terri McGuire-Mollica

Terri McGuire-Mollica
Reg No. 31860-001
C/o FPC Marianna
P.O. Box 7006
Marianna, FL 32447-7006

## Certificate of Service

I, Terri McGuire-Mollica, certify under the penalty of perjury, that a true and correct copy of this Motion for Extension of Time to File Response, was served on the U.S. District Court in Birmingham, AL, via U.S. Postal Service (prepaid) by placing it in the FCI Marianna Prison Mailbox on this, the 13th day of June 2022.

*Terri McGuire-Mollica*
Terri McGuire-Mollica
Reg No. 31860-001

PENSACOLA FL 325
13 JUN 2022 PM 1 L

Clerk U.S. District Court
Western District of Alabama
1729 - 5th Avenue North
Birmingham AL 35203-2040

35203-200129

Smith #318&0.091
Federal Prison Camp
P.O. Box 7006
Pensacola, FL 32447

Hn: Legal Mail