# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:20-cv-01768-RDP-SGC |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## ORDER

The plaintiff has requested that her deadline to file objections to the magistrate judge's report and recommendation be extended to July 1, 2022. (Doc. 14). For good cause shown, the plaintiff's motion is **GRANTED**. The plaintiff **SHALL** file any objections to the report and recommendation on or before **July 1, 2022**.

**DONE** this 16th day of June, 2022.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE