**OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA**
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS



Terri McGuire-Mollica 31860-001
MARIANNA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 7007
MARIANNA, FL 32447



NIXIE    322  DE 1           0008/26/22
          RETURN TO SENDER
               VACANT
          UNABLE TO FORWARD

BC: 3520320379 9    *0238-04541-26-38

FIRST-CLASS
US POSTAGE
ZIP 35203  $ 001.05
02 7H
0001249867   AUG 12