# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-RDP-SGC |
| ) | |
| RICHARD GRIFFIN, MD, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On August 11, 2022, the undersigned entered a report recommending the court dismiss without prejudice all defendants except Dr. Griffin, Dr. Li, and Nurse Bailey. (Doc. 19). The Report and Recommendation was mailed to plaintiff Terri McGuire-Mollica at Federal Correctional Institution—Marianna ("FCI-Marianna"), but it was returned to the court as "Vacant/Unable to Forward." (Doc. 20). The Federal Bureau of Prisons' inmate locator reflects McGuire-Mollica is still located at FCI-Marianna as of August 30, 2022. The Clerk is directed to resend the Report and Recommendation (Doc. 19) to McGuire-Mollica at FCI-Marianna.

**DONE** this 30th day of August, 2022.

*Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE