United States District Court
For the Northern District of Alabama
Western Division

2022 SEP 22 A 11: 11
U.S. DISTRICT COURT
N.D. OF ALABAMA

Terri McGuire-Mollica,
    Plaintiff

v.                          Case No. 7:20-cv-01768-RDP-SGC

Richard Griffin, M.D., et al,
    Defendants

---

Addendum for
Address Updates

---

Comes Now, Terri McGuire-Mollica, complying with the request of this Court, providing physical medical mailing addresses for the Defendants, as follows:

① Richard Griffin, M.D.
    C/o Federal Correctional Institution Oakdale
    1507 East Whatley Road
    Oakdale, LA  71463

② Xingh Li, M.D.
c/o Federal Correctional Institute Aliceville
11070 Hwy 14
Aliceville, AL 35442

③ Sharon Bailey, R.N.
c/o Federal Correctional Institute Aliceville
11070 Hwy 14
Aliceville, AL 35442

Respectfully submitted, this the 18th day of September 2022.

Terri McGuire-Mollica
Terri McGuire-Mollica
c/o FPC Marianna
P.O. Box 7006
Marianna FL 32447

## Certificate of Service

I, Terri McGuire-Mollica, certify under the penalty of perjury that a true and correct copy of the Addendum for Address Updates was served on the U.S. District Court in Birmingham AL via first-class prepaid U.S. mail by placing it in the FPC Marianna prison mailbox on this, the 18th day of September 2022.

Terri McGuire-Mollica

Terri McGuire-Mollica
Reg N. 31860-001

Mollica # 31866-801
Federal Prison Camp
P.O. Box 7006
Marianna FL 32447

PENSACOLA FL 325

20 SEP 2022 PM 1 L

U.S. District Court
1729 5th Avenue North
Birmingham AL 35203-2010

Attn: Clerk's Office

35203-200099