# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **TERRI MCGUIRE-MOLLICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-RDP-SGC |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiff, Terri McGuire-Mollica, filed a *pro se* amended complaint under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), alleging Defendants demonstrated a deliberate indifference to her serious medical needs in violation of her Eighth Amendment rights under the Constitution of the United States. (Doc. 18).[1] On August 11, 2022, the Magistrate Judge entered a Report and Recommendation recommending the court dismiss without prejudice Defendants Jim Williamson, Shanquail Horton, Shelli Hunter, Patricia Bradley, Chad Garrett, William Lothrop, and Ian Connors for failure to state a claim upon which relief can be granted. (Doc. 19). The Magistrate Judge also recommended the court require Plaintiff to provide an adequate mailing address for Defendants Dr. Griffin, Dr. Li, and Nurse Bailey. (Doc. 19). Although the Magistrate Judge advised Plaintiff of her right to file specific written objections within 14 days, the court has not received any objections.[2]

---

[1] Citations to the record refer to the document and page numbers assigned by the court's CM/ECF electronic document system and appear in the following format: (Doc. __ at __).

[2] A copy of the Report and Recommendation mailed to Plaintiff was returned as undeliverable on August 29, 2022. (Doc. 20). The Federal Bureau of Prisons' inmate locator reflected Plaintiff was still located at FCI-Marianna as of August 30, 2022, and so the Magistrate Judge directed the Clerk to resend the Report and Recommendation to Plaintiff at FCI-Marianna. (Doc. 21). That mailing has not been returned, and a September 21, 2022 review of the inmate locator reflects Plaintiff is still located at FCI-Marianna.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. (Doc. 19). Consistent with that Recommendation and 28 U.S.C. § 1915A(b), it is **ORDERED** that the following Defendants are **DISMISSED** as parties to this lawsuit: Jim Williamson, Shanquail Horton, Shelli Hunter, Patricia Bradley, Chad Garrett, William Lothrop, and Ian Connors. It is **FURTHER ORDERED** that Plaintiff's claim for deliberate indifference to her serious medical needs is referred to the Magistrate Judge for further proceedings.

Plaintiff is **ORDERED** to provide a mailing address for Defendants Dr. Griffin, Dr. Li, and Nurse Bailey. Plaintiff must provide a mailing address within **fourteen (14) days** of the date of entry of this order. The court cannot issue an order for special report until Plaintiff provides the addresses for these Defendants. If Plaintiff does not provide a mailing address for these Defendants within this deadline, the court will likely dismiss this action for want of prosecution without further notice under Federal Rule of Civil Procedure 41(b).

**DONE** and **ORDERED** this September 23, 2022.

*/s/ R. David Proctor*
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE