# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-RDP-SGC |
| ) | |
| RICHARD GRIFFIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

On October 3, 2022, the court entered an Order for Special Report, requesting that the defendants, Richard Griffin, Xingh Li, and Sharon Bailey, waive service of process by executing a waiver of service within forty (40) days and ordering the defendants to file a Special Report in response to the plaintiff's complaint within sixty (60) days. (Doc. 24). The Clerk mailed a copy of the Order for Special Report, along with the plaintiff's amended complaint, to Griffin at FCI-Oakdale, to Li and Bailey at FCI-Aliceville, and to the U.S. Attorney for the Northern District of Alabama. (*Id.* at 2). The mailings to the defendants were not returned to the court as undeliverable. On or about October 26, 2022, an Assistant U.S. Attorney for the Northern District of Alabama contacted the court to advise that although his office had not received its copy of the Order for Special Report, he had obtained a copy

from one of the defendants. Nevertheless, the defendants failed to waive service, respond to the Order for Special Report, or otherwise appear within the allotted time.

Therefore, the defendants are **ORDERED** to **SHOW CAUSE**, in writing and under oath, within 14 days from the entry date of this order, why the court should not order formal service of process on them with costs taxed to them personally. Alternatively, the defendants may execute and return a waiver of service of process within 14 days **AND** file a Special Report within 30 days from the entry date of this order. If the defendants timely return an executed waiver of service of process, they will not be required to show cause regarding service of process.

The Clerk is **DIRECTED** to serve a copy of this Order, along with the Order for Special Report and the second amended complaint, on the defendants and on the United States Attorney for the Northern District of Alabama, 1801 Fourth Avenue North, Birmingham, AL 35203. (Docs. 18, 24). The defendants are **ADVISED** the deadlines contained in the Order for Special Report are no longer applicable and they should submit a waiver of service of process within 14 days and a Special Report within 30 days from the entry date of this order.

**DONE** this 8th day of December, 2022.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE