IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 7:20-cv-01768-RDP-SGC |
| RICHARD GRIFFIN, *et al.*, | |
| Defendants. | |

**MOTION FOR EXTENSION AND**
**FOR LEAVE TO FILE OUT OF TIME**

The United States moves on behalf of Defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey, for a sixty-day extension of time to file a response to the Court's October 3, 2022 Order for Special Report, ECF No. 24, and for leave to file that response out of time of the Court's original deadline. In support of this request, the United States provides as follows.

1.      On October 3, 2022, the Court entered an order requiring Defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey to, among other things, file a special report within sixty-days of the date of the order, which was December 2, 2022.

1

2. The civil processing clerk at the U.S. Attorney's Office has no record of receiving the Order for Special Report, and the U.S. Attorney's Office only became aware of the suit today.

3. At this time, the undersigned does not represent the named defendants, who are sued in their individual capacity, and the undersigned must wait for the representation request process to be completed and representation to be approved before substantively appearing on behalf of any of the individual defendants.

4. Accordingly, the undersigned asks that the deadline for the Defendants to file a special report be extended by sixty-days until February 6, 2023.

                                                    Respectfully submitted,

                                                    PRIM F. ESCALONA
                                                    UNITED STATES ATTORNEY

                                                    /s/ Don B. Long III
                                                    Don B. Long III
                                                    Assistant U.S. Attorney
                                                    U.S. Attorney's Office
                                                    1801 Fourth Avenue North
                                                    Birmingham, Alabama 35203
                                                    (205) 244-2001
                                                    (205) 244-2181 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the Respondent, by mailing a copy of the same by first class certified United States mail, postage prepaid, on December 8, 2022, addressed as follows:

>Terri McGuire-Mollica
>31860-001
>Marianna Federal Correctional Institution
>Inmate Mail/Parcels P.O. Box 7007
>Marianna, FL 32447
>
>**/s/Don B. Long III**
>DON B. LONG III
>Assistant United States Attorney