IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD GRIFFIN, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 7:20-cv-01768-RDP-SGC |

## SECOND MOTION FOR EXTENSION

The United States moves on behalf of defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey for a 46-day extension of time to file waivers of service and 30-day extension of time to file a special report. In support of this request, the United States provides as follows.

1.  On October 3, 2022, the Court entered an Order to Show Cause requiring defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey to, among other things, file a special report within sixty-days of the date of the order, which was December 2, 2022. Defendants did not comply with this deadline.

1

2.      On December 8, 2022, the Court entered a second Order to Show Cause requiring defendants to file waivers of service within 14 days and a special report within 30 days.[1]

3.      Due to an error at the U.S. Attorney's Office, this matter did not get assigned to an attorney until December 8, 2022, and the undersigned apologizes for not filing something prior to the deadlines set out in the Court's October 3, 2022 Order to Show Cause.

4.      At this time, the undersigned does not represent the named defendants, who are sued in their individual capacity, and the undersigned must wait for the representation request process to be completed and representation to be approved before substantively appearing on behalf of any of the individual defendants.

5.      Each of the individual defendants has requested legal representation from the Department of Justice.  Those requests must be reviewed by DOJ's Constitutional and Specialized Tort Litigation Section in Washington, D.C., which is the entity responsible for evaluating those requests.  This process normally takes a few weeks to complete.

---

[1] Later that same day, the undersigned counsel filed a motion for extension and for leave to file out of time.  At the time the undersigned filed this motion, he was unaware of the second order to show cause.

6. If representation is approved by the Constitutional and Specialized Tort Litigation Section, which the undersigned expects will occur based on present information, the undersigned will be assigned to represent the defendants. At that time, the undersigned will have authority to waive service on their behalf, which the undersigned has done previously in other similar matters, and file a special report on their behalf.

7. Accordingly, the undersigned asks that the deadlines for waivers of service and the deadline to file a special report be extended to allow the representation process to be completed, and once that occurs, for the undersigned to have some time to work with the defendants on their special report.

        Respectfully submitted,

        PRIM F. ESCALONA
        UNITED STATES ATTORNEY

        <u>/s/ Don B. Long III</u>
        Don B. Long III
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 Fourth Avenue North
        Birmingham, Alabama 35203
        (205) 244-2001
        (205) 244-2181 (fax)

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the Respondent, by mailing a copy of the same by first class certified United States mail, postage prepaid, on December 13, 2022, addressed as follows:

>Terri McGuire-Mollica
>31860-001
>Marianna Federal Correctional Institution
>Inmate Mail/Parcels P.O. Box 7007
>Marianna, FL 32447
>
>**/s/Don B. Long III**
>DON B. LONG III
>Assistant United States Attorney