# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA,         ) | |
|                                ) | |
| Plaintiff,                     ) | |
|                                ) | |
| v.                             ) | Case No. 7:20-cv-01768-RDP-SGC |
|                                ) | |
| RICHARD GRIFFIN, *et al.*,     ) | |
|                                ) | |
| Defendants.                    ) | |

## ORDER

Defendants Richard Griffin, Xingh Li, and Sharon Bailey have requested an extension of time to file waivers of service and special reports. (Docs. 26, 27). Because of an oversight, the defendants are not yet represented by the U.S. Attorney, although that process has started. (Doc. 27 at 2). The defendants seek additional time to seek approval for representation and prepare their special report.

The defendants' motion is **GRANTED** (Doc. 27)**,** and the court considers their motion responsive to the December 8, 2022 order to show cause. The defendants' deadline to execute and return a waiver of service of process and to file their special report is **EXTENDED** to **February 7, 2023.** A further extension will not be granted absent clear articulation of good cause.

The clerk is **DIRECTED** to term Document 26.

2

**DONE** this 15th day of December, 2022.

/s/ Staci G. Cornelius
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE