IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 7:20-cv-01768-RDP-SGC |
| RICHARD GRIFFIN, *et al.*, | |
| Defendants. | |

## **MOTION FOR EXTENSION**

The United States moves on behalf of defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey for a 28-day extension of time to file special reports and waivers of service. In support of this request, the United States provides as follows.

1.    The individual defendants' special reports and waivers of service are due to filed today.

2.    The individual defendants have requested representation by the Department of Justice. Those requests remain pending, and the process has taken longer than the undersigned anticipated. As a result, the undersigned has not yet been authorized to represent the individual defendants.

1

3. The undersigned requests this 28-day extension to allow additional time for the representation process to be completed, and for the undersigned to work with the individual defendants once representation has been approved.

Respectfully submitted,

PRIM F. ESCALONA
UNITED STATES ATTORNEY

/s/ Don B. Long III
Don B. Long III
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001
(205) 244-2181 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the Respondent, by mailing a copy of the same by first class certified United States mail, postage prepaid, on February 7, 2023, addressed as follows:

>Terri McGuire-Mollica
>31860-001
>Marianna Federal Correctional Institution
>Inmate Mail/Parcels P.O. Box 7007
>Marianna, FL 32447
>
>**/s/Don B. Long III**
>DON B. LONG III
>Assistant United States Attorney