# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-RDP-SGC |
| ) | |
| RICHARD GRIFFIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants Richard Griffin, Xingh Li, and Sharon Bailey have requested a second extension of time to file waivers of service and special reports. (Doc. 29). Although the defendants have requested representation by the Department of Justice, those requests have been pending longer than originally anticipated. The defendants request another 28 days to finalize the representation process and file their waivers of service and special reports.

When it granted the defendants' prior motion for extension, the court noted that it would not grant further extensions absent clear articulation of good cause. (Doc. 28). An unexpected delay in completing the representation process constitutes good cause and justifies further extension.  Therefore, the defendants' motion is **GRANTED**. (Doc. 29). The defendants' deadline to execute and return a waiver of

2

service of process and file their special report is **EXTENDED** to **March 7, 2023.** A further extension will not be granted absent clear articulation of good cause.

**DONE** this 9th day of February, 2023.

*Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

Case 7:20-cv-01768-SGC    Document 30    Filed 02/09/23    Page 2 of 2