IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD GRIFFIN, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 7:20-cv-01768-RDP-SGC |

## **NOTICE OF APPEARANCE**

This afternoon, the Department of Justice's Constitutional and Specialized Tort Litigation Section authorized the undersigned to represent Defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey in this matter, and the undersigned enters this notice of appearance on their behalf.

Respectfully submitted,

PRIM F. ESCALONA
UNITED STATES ATTORNEY

/s/ Don B. Long III
Don B. Long III
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001
(205) 244-2181 (fax)

1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the Respondent, by mailing a copy of the same by first class certified United States mail, postage prepaid, on March 6, 2023, addressed as follows:

>Terri McGuire-Mollica
>31860-001
>Marianna Federal Correctional Institution
>Inmate Mail/Parcels P.O. Box 7007
>Marianna, FL 32447

>**/s/Don B. Long III**
>DON B. LONG III
>Assistant United States Attorney