IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, <br><br>    Plaintiff, <br><br> v. <br><br> RICHARD GRIFFIN, *et al.*, <br><br>    Defendants. | CIVIL ACTION NO. <br> 7:20-cv-01768-RDP-SGC |

## WAIVER OF FURTHER SERVICE

Defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey waive any defense they may have under Rule 12(b)(5) for insufficient service of process and attach waivers of further service of formal process.

PRIM F. ESCALONA
UNITED STATES ATTORNEY

/s/ Don B. Long III
Don B. Long III
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001
(205) 244-2181 (fax)

1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the Respondent, by mailing a copy of the same by first class certified United States mail, postage prepaid, on March 6, 2023, addressed as follows:

>Terri McGuire-Mollica
>31860-001
>Marianna Federal Correctional Institution
>Inmate Mail/Parcels P.O. Box 7007
>Marianna, FL 32447
>
>**/s/Don B. Long III**
>DON B. LONG III
>Assistant United States Attorney