UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 7:20-cv-01768-RDP-SGC |
| RICHARD GRIFFIN, *et al.*, | ) |
| Defendants. | ) |

## ACKNOWLEDGMENT AND WAIVER OF SERVICE

I, _Sharon S. Bailey, RN_, the undersigned defendant in the above-styled action, under penalty of perjury, do hereby declare that, on the date written below, I received a copy of the amended complaint in this action and that I waive the necessity of any other formal process or service of process in this action.

_Sharon S. Bailey RN_
Signature of Defendant

DATE: _12-15-2022_