UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 7:20-cv-01768-RDP-SGC |
| RICHARD GRIFFIN, et al., | ) |
| Defendants. | ) |

**ACKNOWLEDGMENT AND WAIVER OF SERVICE**

I, _Richard C. Griffin_, the undersigned defendant in the above-styled action, under penalty of perjury, do hereby declare that, on the date written below, I received a copy of the amended complaint in this action and that I waive the necessity of any other formal process or service of process in this action.

_____
Signature of Defendant
RC Griffin MD FACOG
Clinical Director
FCC Oakdale

DATE: 10-25-2022