# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-RDP-SGC |
| ) | |
| RICHARD GRIFFIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The plaintiff, Terri McGuire-Mollica, seeks to amend her complaint to include new claims under the Federal Torts Claim Act related to the facts alleged in this lawsuit. (Doc. 31). This is an understandable request, and it would certainly be more efficient to resolve all related claims in one action. However, the undersigned is concerned that this court may not have subject-matter jurisdiction over those claims. Some courts have permitted a plaintiff to amend her complaint to include a FTCA claim where the original complaint did <u>not</u> name the United States as a party or include claims which could be construed as arising under the FTCA. *See, e.g., Michel v. Fed. Bur. Prisons*, 2017 WL 7680337 (N.D. Ala. 2017). Here, however, McGuire-Mollica's original complaint specifically included an FTCA claim against the United States, and that claim was dismissed for lack of subject matter jurisdiction. (Docs. 13, 17).

McGuire-Mollica's motion to amend her complaint is **SET** for a telephone conference on April 4, 2023, at 10:30 a.m. The parties are **DIRECTED** to dial 877-336-1831 five minutes before the telephone conference begins. The access code is 2778178. Counsel for the defendants **SHALL** arrange for McGuire-Mollica to have access to a telephone in a private area where she can participate in the telephone conference without interruption.

The defendants' deadline to execute and return a waiver of service of process and file their special report is **EXTENDED** to **April 17, 2023.**

The Clerk is **DIRECTED** send a copy of this order to McGuire-Mollica at FCI-Marianna.

**DONE** this 6th day of March, 2023.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE