# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:20-cv-01768-RDP-SGC |
| | ) |
| RICHARD GRIFFIN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 4, 2023, the undersigned held a telephone conference with the parties. As discussed during the conference, pursuant to the General Order for Referral of Civil Matters to the United States Magistrate Judges of the Northern District of Alabama, dated January 2, 2015, the parties are **REQUIRED** to enter an election regarding the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c) within **fourteen (14) days** of the date of this order. The defendants' deadline to file their special report is **SUSPENDED** during this time and will be reset by separate order.

The parties are directed to elect or decline the exercise of magistrate judge jurisdiction by completing a magistrate judge consent form. A copy of the form is attached to this order as Exhibit 1. The form is also available on the CM/ECF system.to use the magistrate judge consent form on the CM/ECF system. If a party

submits the form electronically, the form will be delivered directly to the Clerk. It will not be filed on the docket sheet, and no judge will have access to the form. Alternatively, a party may print the form, complete it manually, and submit it to the Clerk's office.

You may decline magistrate judge jurisdiction without adverse consequences. The identity of any party who consents to or declines magistrate judge jurisdiction will remain unknown to the undersigned unless consent is unanimous. The undersigned will only learn of a party's election to consent where all parties have consented. In the event fewer than all of the parties elect to consent, the Clerk will not inform the undersigned of the identity of the non-consenting party/parties. If all parties consent, a magistrate judge will exercise full and final dispositive jurisdiction, and all appeals will lie directly with the appropriate United States Court of Appeals.

The Clerk of Court is **DIRECTED** to mail a copy of this order to the plaintiff, together with a copy of the form used to elect or decline magistrate judge jurisdiction.

**DONE** this 4th day of April, 2023.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-RDP-SGC |
| ) | |
| RICHARD GRIFFIN, *et al*., ) | |
| ) | |
| Defendants. ) | |

## CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS**: Please indicate below by checking one of the two boxes whether you choose to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent** **to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

**OR**

☐ **Decline** **Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:_____    NAME:_____

_____
Signature