UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| McGuire-Mollica, | } | |
| | } | |
| Plaintiffs, | } | Case No.: 7:20-cv-01768-RDP-SGC |
| | } | |
| v. | } | |
| | } | |
| Federal Bureau of Prisons, The, | } | |
| | } | |
| Defendant. | } | |
| | } | |

**INSTRUCTIONS:** Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑  **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

**OR**

☐  **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: **April 04, 2023**        NAME: **Don B Long**

                COUNSEL FOR
                (OR "PRO SE"): **United States, Richard Griffin, Xingh Li, and Sharon Bailey**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

FILED
2023 APR 10 A 11: 19

|  |  |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:20-cv-01768-RDP-SGC |
| RICHARD GRIFFIN, *et al.*, | ) |
| Defendants. | ) |

## CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

**INSTRUCTIONS**: Please indicate below by checking one of the two boxes whether you choose to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 4/05/2023        NAME: Terri McGuire-Mollica

                       _Terri M. Mollica_
                       Signature

Toni Mollica #31560-001
Federal Prison Camp
P.O. Box 7006
Marianna FL 32447

PENSACOLA FL 325
7 APR 2023 PM 1 L

Attn: Court Clerk Only

Office of the Clerk
1729 5th Avenue North
Birmingham AL 35203-2040

35203-200099