# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **TERRI McGUIRE-MOLLICA,** | } |
| Plaintiff, | } |
| v. | } Case No.: 7:20-CV-1768-RDP-SGC |
| **RICHARD GRIFFIN, XINGH LI, SHARON BAILEY,** | } |
| Defendants. | } |

## ORDER

This case is before the court on the parties' Consent to Magistrate Judge Authority filed April 11, 2023. (Doc. # 36). In accordance with the Consent (Doc. # 36), this matter is submitted to the jurisdiction of United States Magistrate Judge Staci G. Cornelius for the exercise of full dispositive authority. Appeals from decisions, orders, or rulings of the Magistrate Judge **SHALL** be to the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** this April 12, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE