UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris  
Clerk

Joe Musso  
Chief Deputy

| | |
|---|---|
| Terri McGuire-Mollica } | |
|     Plaintiff(s) } | |
| v. } | Case Number: 7:20-cv-1768-RDP |
| } | |
| Richard Griffin, et al } | |
| Alabama, et al } | |
|     Defendant(s) | |

## NOTICE OF REASSIGNMENT

The parties having consented to the dispositive jurisdiction of a United States Magistrate Judge, this civil action has been reassigned to the Honorable Staci G. Cornelius. Please use case number 7:20-cv-1768-SGC on all subsequent pleadings.

DATED: 4/12/2023

GREER M. LYNCH, CLERK

By: __Krysti Miller_____
    Deputy Clerk

GML: kam

xc:   Judges
      Counsel