# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

During an April 4, 2023 telephone conference, the parties expressed their interest in mediating this dispute. Accordingly, this matter is **REFERRED** to mediation with the Honorable Gray M. Borden. Within **14 days**, the defendants' counsel is directed to confer with the plaintiff to identify three mutually agreeable dates for mediation and provide those dates in an email to borden_chambers@alnd.uscourts.gov, with a copy sent to the plaintiff.

**DONE** this 28th day of April, 2023.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE