IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.<br>7:20-cv-01768-RDP-SGC |
| RICHARD GRIFFIN, *et al.*, | |
| Defendants. | |

### DEFENDANTS' MOTION FOR LEAVE
### TO FILE EXHIBITS UNDER SEAL

Defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey move for leave to file under seal unredacted exhibits in support of the Defendants' response to the Order for Special Report. In support of this request, Defendants state as follows.

The Order for Special Report requires Defendants to file clear and legible copies of all documents relevant to the claims or defenses asserted in the action. Order 5, ECF No. 24. Plaintiff claims relate to the medical care she received while an inmate at FCI Aliceville, and Defendants intend to file medical records in support of their special report. Defendants request permission to file these medical records under seal.

Respectfully submitted,
PRIM D. ESCALONA
United States Attorney

s/ Don B. Long III
DON B. LONG III
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203
205-244-2001
Don.long2@usdoj.gov

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the Respondent, by mailing a copy of the same by first class certified United States mail, postage prepaid, on October 2, 2023, addressed as follows:

>Terri McGuire-Mollica
>31860-001
>Marianna Federal Correctional Institution
>Inmate Mail/Parcels P.O. Box 7007
>Marianna, FL 32447
>
>**/s/Don B. Long III**
>DON B. LONG III
>Assistant United States Attorney