IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | |
| Defendants. | |

## MOTION FOR EXTENSION

The United States moves on behalf of Defendants Richard Griffin, M.D., Xingh Li, M.D., and Sharon Bailey, for a ten-day extension of time to file a response to the Court's October 3, 2022 Order for Special Report, ECF No. 24. In support of this request, the United States provides as follows.

1. Defendants' special report is due to be filed on or before this Monday, October 9, 2023.

2. The undersigned has requested some additional documentation from the Bureau of Prisons necessary to assess the viability of a potential dispositive defense of one of the defendants. While the undersigned expects to get this documentation shortly, as of the filing of this motion, he has not received it.

1

3.	In addition, the undersigned would appreciate additional time to finalize the special report and supporting declarations.  The undersigned's work on this matter has been delayed by work on other matters assigned to him.

4.	Accordingly, Defendants request a ten-day extension, to October 19, 2023, of the deadline to file Defendants' special report.

Respectfully submitted,

PRIM F. ESCALONA
UNITED STATES ATTORNEY

/s/ Don B. Long III
Don B. Long III
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001
(205) 244-2181 (fax)

2

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing has been served upon the Respondent, by mailing a copy of the same by first class certified United States mail, postage prepaid, on October 5, 2023, addressed as follows:

>Terri McGuire-Mollica
>31860-001
>Marianna Federal Correctional Institution
>Inmate Mail/Parcels P.O. Box 7007
>Marianna, FL 32447
>
>**/s/Don B. Long III**
>DON B. LONG III
>Assistant United States Attorney