# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:20-cv-01768-SGC |
| ) | |
| RICHARD GRIFFIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The defendants have moved to file under seal the plaintiff's unredacted medical records in support of their Special Report. (Doc. 44). Their motion to seal is **GRANTED IN PART**. (Doc. 44). The defendants may file the plaintiff's unredacted medical records under seal, but they **SHALL** also file a version of the medical records on the record, redacting any confidential information.[1]

The defendants have also requested the court extend the deadline to file their Special Report. (Doc. 45). The motion for extension is **GRANTED** (Doc. 45), and the deadline to submit the Special Report is extended until **October 19, 2023**.

**DONE** this 13th day of October, 2023.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] To the extent it is not practicable to redact the protected information due to scope, volume, or otherwise, the defendants **SHALL** file only an unredacted copy of the document under seal.