# Exhibit List

A.     Exhibit A, Administrative Remedy Request 1000103;

B.     Exhibit B, September 26, 2023 Sentry Report;

C.     Exhibit C, Declaration of Renee McPherson;

D.     Exhibit D, Administrative Remedy Request 1033708;

E.     Exhibit E, Administrative Remedy Request 1124671;

F.     Exhibit F, Plaintiff Medical Records 2016-2022 (Filed separately under seal);

G.     Exhibit G, Declaration of Sharon Bailey, R.N.;

H.     Exhibit H, Declaration of Dr. Xinyu Li, M.D.;

I.     Exhibit I, Declaration of Dr. Richard Griffin, M.D.