```
WARDEN
ALICEVILLE FCI
P.O. BOX 445
ALICEVILLE,  AL 35442
```

```
   SERCR          *    ADMINISTRATIVE REMEDY UPDATE    *        01-05-2021
 PAGE 001 OF 001                                                10:52:14


 REGNO: 31860-001 NAME: MOLLICA              FNAM: TERRI      FUNC: REP
 RSP OF...: ALI UNT/LOC/DST: CAMP D          QTR.: D01-040L   RCV OFC: SER
 REMEDY ID: 1000103-R2    SUB1: 26AM SUB2:   DATE RCV: 08-18-2020
 UNT RCV.: CAMP D         QTR RCV.: C03-210L FACL RCV: ALI
 UNT ORG.: CAMP D         QTR ORG.: D01-010U FACL ORG: ALI
 EVT FACL.: ALI    ACC LEV: ALI  1 SER  2    RESP DUE: THU  09-17-2020
 ABSTRACT.: SEEKS MEDICAL TREATMENT
 STATUS DT: 01-05-2021  STATUS CODE: CLO STATUS REASON: XPL
 INCRPTNO.:        EXT Y/N: N   RCT: P  EXT:    DATE ENTD: 12-02-2020
 REMARKS..:


                         CURRENT TRACKING DATA
 DATE DUE         DEPARTMENT   TO   DATE ASSN    TRK TYPE   DATE RETURNED
 TUE 12-22-2020   MED SVC      TC   12-02-2020   INV        12-21-2020




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

1000103-R2

Exhibit A

Regional Administrative Remedy Appeal No: 1000103-R2
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted August 18, 2020. You allege you were diagnosed with a malignant uterine growth in May 2017; however, you have not yet been seen by a specialist. As relief, you are requesting to see a gynecologist who specializes in transabdominal mesh implants.

A review of your medical records revealed you have a history of an enlarged uterus with a large fundal fibroid of approximately 13 cm and a right ovarian cyst. However, no evidence of a May 2017 diagnosis of a malignant uterine growth was found in your electronic medical record.

On July 9, 2020, you underwent an endometrial biopsy and the results were negative for hyperplasia and malignancy. Surgical intervention was not recommended.

You are currently taking medroxyprogesterone for your heavy menses. Should you experience any adverse changes in your condition, return to sick call for reevaluation. Medical care will continue to be provided consistent with Bureau of Prisons' policy.

Accordingly, this response to your Regional Administrative Remedy Appeal is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of General Counsel. Your appeal must be received in the Office of General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, DC, 20534, within 30 calendar days of the date of this response.

12/21/2020
Date

Regional Director, SERO

Exhibit A

Regional Administrative Remedy Appeal No: 1000103-R2
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted August 10, 2020. You allege you were diagnosed with a malignant uterine growth in May 2017; however, you have not yet been seen by a specialist. As relief, you are requesting to see a gynecologist who specializes in transabdominal mesh implants.

A review of your medical records revealed you have a history of an enlarged uterus with a large fundal fibroid of approximately 13 cm and a right ovarian cyst. However, no evidence of a May 2017 diagnosis of a malignant uterine growth was found in your electronic medical record.

On July 9, 2020, you underwent an endometrial biopsy and the results were negative for hyperplasia and malignancy. Surgical intervention was not recommended.

You are currently taking medroxyprogesterone for your heavy menses. Should you experience any adverse changes in your condition, return to sick call for reevaluation. Medical care will continue to be provided consistent with Bureau of Prisons' policy.

Accordingly, this response to your Regional Administrative Remedy Appeal is for informational purposes only. If dissatisfied with this response, you may appeal to the Office of General Counsel. Your appeal must be received in the Office of General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, DC, 20534, within 30 calendar days of the date of this response.

_____           _____
Date                                       Regional Director, SERO

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Mollica, Terri M.**    **318160-001**    **D**    **SPC Aliceville**
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

After being diagnosed with chronic anemia and needing blood transfusions, Dr. Griffin (BOP Gynecologist) diagnosed a uterine growth; on 5/17/2017, Dr. Ted Cox (outside private gynecologist) confirmed it was malignant and recommended that I been seen by a surgeon that specializes in patients with Transabdominal Mesh Implants (a uro-gynecologist). Since then, I have had 3 additional ultrasounds, showing the tumor's growth from 8cm to 21 cm (12/19/2019).

As shown on the response to my 9 (filed 12/4/2019; response due 1/31/2020) received on 6/23/2020, I have a "Scheduled appointment with an OB/GYN specialist." It has been more than 7 months from the request and 10 months since my Sick call on 8/26/2019. In addition, I have already seen a Gynecologist; I need to consult with a uro-gynecologist specializing in Transabdominal Mesh Implants and surgery. I would like to see the Surgeon before the 1 year mark on 8/23/2020.

**6/26/2020**              **Terri McBrien Mollica**
DATE                                                          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
AUG 18 2020
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

---

DATE                                                            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO ~~INMATE~~ WARDEN              CASE NUMBER: **1000103-F1**

---

**Part C - RECEIPT**

                                                          CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE                                        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN            ♻ PRINTED ON RECYCLED PAPER                   BP-230(13)
                                                JUNE 2002

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Mollica, Terri M.        31860-001        D        SPC Aliceville
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

Since 2016, I have had severe pain in my lower abdomen, uterus, and ovaries. I experience heavy monthly bleeding, am anemic, and regularly have an upset stomach and run fevers.

The FCI Aliceville medical staff diagnosed me with a 10cm fibroid tumor on my unterus and two 5cm cysts on my right ovary in 2016. In 5/2017, I went on a medical trip and saw an outside doctor, who confirmed the fibroid and cysts and recommended surgery. In 11/2018, I was scheduled for another outside medical trip, but due to heavy bleeding, the doctor requested that FCI Aliceville reschedule the appointment. So far, I have received no treatment.

On 8/26/2019, I went to sick call at SPC Aliceville and requested that I receive treatment. I was told I would be put on the call-out to see a provider. On 10/30/2019, I completed a form 8.5, and again was told that I would be placed on the call-out to see a provider.

As of this date, I have not received any treatment or additional consults for this problem. I would like to be seen by an outside specialist or surgeon to determine the best course of action, within the next thirty (30) days.

12/04/2019
DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

Received
DEC 05 2019
Associate Wardens Office

_____         WARDEN OR REGIONAL DIRECTOR
DATE

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                CASE NUMBER: 1000103-F1

                                          CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____         _____
DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                  BP-229(13)
                                                         APRIL 1982

Exhibit A

# REQUEST FOR ADMINISTRATIVE REMEDY

**Administrative Remedy No. 1000103-F1**
**Part B - Response**

This is in response to your Request for Administrative Remedy No. 1000103-F1, received on December 12, 2019, wherein you state you have had pain in your lower abdomen, uterus, and ovaries since 2016. You state you suffer heavy bleeding monthly, anemia, and regularly suffer an upset stomach. You state you have addressed these issues at Sick Call without resolution. As relief, you would like to be seen by an outside specialist or surgeon to determine the best course of action, within the next thirty (30) days.

A review of your medical record and consultation with staff reveals you were evaluated by the physician and nurse practitioner at your chronic care clinic visit on November 25, 2019. Your prescription for Medroxyprogesterone was renewed at that time and new consult orders were placed for you to see an obstetrics/gynecology specialist and to receive an ultrasound. Your chart shows you received the pelvic ultrasound on December 19, 2019.

A further review of your medical record confirms you have a scheduled appointment with an OB/GYN specialist. Due to security considerations, you will not be told in advance of the date, time, or location of these appointments.

Accordingly, your Request for Administrative Remedy is for informational purposes only. If you are dissatisfied with this response, you may appeal to the Regional Director at the Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia 30331. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____          6/23/20
Katina Heckard, Acting Warden               Date

REQUEST FOR ADMINISTRATIVE REMEDY

Administrative Remedy No. 1000103-F1
Part B - Response

This is in response to your Request for Administrative Remedy No. 1000103-F1, received on December 12, 2019, wherein you state you have had pain in your lower abdomen, uterus, and ovaries since 2015. You state you suffer heavy bleeding monthly, anemia, and regularly suffer an upset stomach. You state you have addressed these issues at Sick Call without resolution. As relief, you would like to be seen by an outside specialist or surgeon to determine the best course of action, within the next thirty (30) days.

A review of your medical record and consultation with staff reveals you were evaluated by the physician and nurse practitioner at your chronic care clinic visit on November 25, 2019. Your prescription for Medroxyprogesterone was renewed at that time and new consult orders were placed for you to see an obstetrics/gynecology specialist and to receive an ultrasound. Your chart shows you received the pelvic ultrasound on December 19, 2019.

A further review of your medical record confirms you have a scheduled appointment with an OB/GYN specialist. Due to security considerations, you will not be told in advance of the date, time, or location of these appointments.

Accordingly, your Request for Administrative Remedy is for informational purposes only. If you are dissatisfied with this response, you may appeal to the Regional Director at the Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia 30331. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____   _____
Regina Blackard, Acting Warden            Date

Exhibit A

# FEDERAL CORRECTIONAL INSTITUTION
## ALICEVILLE, ALABAMA
### INFORMAL RESOLUTION FORM

Inmate Name: Terri McGuire Mollica    Reg. No. 31860-001
Unit: D    Date: 10/31/2019

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: Since 2016, I have had severe pain in my lower abdomin, uterus and ovaries. I experience heavy monthly bleeding, am anemic, and regularly have an upset stomach and run fevers.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: The FCI medical staff diagnosed me with a 10cm fibroid tumor on my uterus and 2-5cm cysts on my right ovary in 2016, but no treatment. On 8/26/2019, I went to sick call and requested that I receive treatment.

3. State what resolution you expect: I would like to see a specialist/surgeon to determine the best course of action, within the next 30 days.

Inmate's Signature: Terri McGuire Mollica    Date: 10/31/2019

Correctional Counselor's Comments (Steps to Resolve): Forwarded to Medical via email.

Counselor's Signature: _____    Date: 11/5/19
Unit Manager's Review: _____    Date: 11-12-19
Informally Resolved: W/D    Date: 12-3-19

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10/30/19 | 11-1-19 | 12-3-19 | 12-5-19 |  |
| TIME | 12:01 | 10:00 A | 12:00 PM | 6:07 A |  |
| COUNSELOR |  |  |  |  |  |

I've reviewed inmate Mollica's complaint and her medical chart. She will be scheduled to see a provider. Please have her watch the call-out for this appointment.

Exhibit A

FEDERAL CORRECTIONAL INSTITUTION
ALICEVILLE, ALABAMA
INFORMAL RESOLUTION FORM

Inmate Name: [illegible] Reg. No. [illegible]
Unit: [illegible] Date: [illegible]

NOTICE TO INMATE: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: [illegible]

(If more space is needed, you may use up to **one** letter size **(8 1/2 x 11)** continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: [illegible]

3. State what resolution you expect: [illegible]

Inmate's Signature: [illegible] Date: [illegible]

Correctional Counselor's Comments (Steps to Resolve): [illegible]

Counselor's Signature: [illegible] Date: [illegible]
Unit Manager's Review: [illegible] Date: [illegible]
Informally Resolved: [illegible] Date: [illegible]

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | SENIOR CLERK |
|---|---|---|---|---|---|
| DATE | [illegible] | [illegible] | [illegible] | [illegible] | |
| TIME | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| COUNSELOR | [illegible] | [illegible] | [illegible] | [illegible] | |

I've reviewed Inmate Mollica's complaint and her medical chart. She will be scheduled to see a provider. Please have her watch the call-out for this appointment.