```
YAZKF            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-26-2023
PAGE 001 OF                                                         10:50:49
       FUNCTION: L-P SCOPE: REG   EQ 31860-001    OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____  DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____     ____     ____     ____     ____     ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
        PERSON: ___    ___    ___    ___    ___    ___
          TYPE: ___    ___    ___    ___    ___    ___
EVNT FACL: EQ ____     ____     ____     ____     ____     ____
RCV FACL.: EQ ____     ____     ____     ____     ____     ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____     ____     ____     ____     ____     ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit B

```
YAZKF            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-26-2023
PAGE 002 OF      *             FULL SCREEN FORMAT              *     10:50:49


REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP            QTR.: X02-037U   RCV OFC: ALI
REMEDY ID: 1000103-F1     SUB1: 26AC SUB2:       DATE RCV:    12-12-2019
UNT   RCV..:CAMP D        QTR RCV.: D01-010U     FACL RCV: ALI
UNT   ORG..:CAMP D        QTR ORG.: D01-010U     FACL ORG: ALI
EVT FACL.: ALI    ACC LEV:  ALI  1 SER  2         RESP DUE:  WED  01-01-2020
ABSTRACT.: I/M WANTS TO SEE AN OUTSIDE SPEC. OR SURGEON
STATUS DT: 06-23-2020   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 12-12-2019
REMARKS..:




REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP            QTR.: X02-037U   RCV OFC: ALI
REMEDY ID: 1033708-F1     SUB1: 19ZM SUB2: 26AM DATE RCV:    07-16-2020
UNT   RCV..:CAMP D        QTR RCV.: C03-210L     FACL RCV: ALI
UNT   ORG..:CAMP D        QTR ORG.: C03-210L     FACL ORG: ALI
EVT FACL.: ALI    ACC LEV:                        RESP DUE:
ABSTRACT.: I'M WITH 2 ISSUES MEDICAL AND HOME CONFINEMENT
STATUS DT: 07-16-2020   STATUS CODE: REJ STATUS REASON: MLT OTH RSA
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 07-17-2020
REMARKS..: YOU ARE ADDRESS MEDICAL ISSUES AND A REQUEST FOR
          HOME CONFINEMENT. YOU WILL NEED TO RE-SUBMIT TWO
          BP-9'S ONE FOR EACH ISSUE.









G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit B

```
YAZKF            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-26-2023
PAGE 003 OF      *          FULL SCREEN FORMAT                *     10:50:49


REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP               QTR.: X02-037U    RCV OFC: ALI
REMEDY ID: 1040016-F1     SUB1: 13GC SUB2:       DATE RCV:   08-13-2020
UNT   RCV..:CAMP D       QTR RCV.: C03-210L     FACL RCV: ALI
UNT   ORG..:CAMP D       QTR ORG.: C03-210L     FACL ORG: ALI
EVT FACL.: ALI    ACC LEV:  ALI  1 SER  1         RESP DUE:  WED  09-02-2020
ABSTRACT.: I/M APPEALING INFORMAL RESPONSE OF DENIAL OF HC
STATUS DT: 08-27-2020  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 08-13-2020
REMARKS..:




REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP               QTR.: X02-037U    RCV OFC: SER
REMEDY ID: 1000103-R1     SUB1: 26AC SUB2:       DATE RCV:   08-18-2020
UNT   RCV..:CAMP D       QTR RCV.: C03-210L     FACL RCV: ALI
UNT   ORG..:CAMP D       QTR ORG.: D01-010U     FACL ORG: ALI
EVT FACL.: ALI    ACC LEV:  ALI  1 SER  2         RESP DUE:
ABSTRACT.: I/M WANTS TO SEE AN OUTSIDE SPEC. OR SURGEON
STATUS DT: 11-16-2020  STATUS CODE: VOD STATUS REASON:
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 11-16-2020
REMARKS..: ACCEPTED IN ERROR










G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit B

```
REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP              QTR.: X02-037U   RCV OFC: SER
REMEDY ID: 1000103-R2     SUB1: 26AM SUB2:     DATE RCV:   08-18-2020
UNT  RCV..:CAMP D        QTR RCV.: C03-210L    FACL RCV: ALI
UNT  ORG..:CAMP D        QTR ORG.: D01-010U    FACL ORG: ALI
EVT FACL.: ALI    ACC LEV:  ALI  1 SER  2         RESP DUE:  THU  09-17-2020
ABSTRACT.: SEEKS MEDICAL TREATMENT
STATUS DT: 01-05-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-02-2020
REMARKS..:



REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP              QTR.: X02-037U   RCV OFC: SER
REMEDY ID: 1040016-R1     SUB1: 13GC SUB2:     DATE RCV:   09-23-2020
UNT  RCV..:CAMP D        QTR RCV.: D01-040L    FACL RCV: ALI
UNT  ORG..:CAMP D        QTR ORG.: C03-210L    FACL ORG: ALI
EVT FACL.: ALI    ACC LEV:  ALI  1 SER  1         RESP DUE:  SUN  11-22-2020
ABSTRACT.: I/M APPEALING INFORMAL RESPONSE OF DENIAL OF HC
STATUS DT: 06-01-2021  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-30-2020
REMARKS..:
```

G0002       MORE PAGES TO FOLLOW . . .

Exhibit B

```
REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP            QTR.: X02-037U   RCV OFC: ALI
REMEDY ID: 1055293-F1     SUB1: 26DC SUB2:     DATE RCV:   11-04-2020
UNT  RCV..:CAMP D        QTR RCV.: D01-040L    FACL RCV: ALI
UNT  ORG..:CAMP D        QTR ORG.: D01-040L    FACL ORG: ALI
EVT FACL.: ALI    ACC LEV:  ALI  1             RESP DUE:  TUE  11-24-2020
ABSTRACT.: I/M IS REQUESTING ANXIETY MEDICATION
STATUS DT: 11-13-2020   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 11-04-2020
REMARKS..:



REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP            QTR.: X02-037U   RCV OFC: ALI
REMEDY ID: 1072055-F1     SUB1: 31ZC SUB2:     DATE RCV:   03-09-2021
UNT  RCV..:CAMP D        QTR RCV.: D01-040L    FACL RCV: ALI
UNT  ORG..:CAMP D        QTR ORG.: D01-040L    FACL ORG: ALI
EVT FACL.: ALI    ACC LEV:  ALI  1             RESP DUE:  MON  03-29-2021
ABSTRACT.: I/M REQUESTING CONCURRENT SENTENCES BE CORRECTED
STATUS DT: 04-19-2021   STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 03-09-2021
REMARKS..:




    G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP           QTR.: X02-037U    RCV OFC: MNA
REMEDY ID: 1111977-F1     SUB1: 15AC SUB2:      DATE RCV:    03-01-2022
UNT  RCV..:CHEROKEE      QTR RCV.: X01-015L     FACL RCV: MNA
UNT  ORG..:CHEROKEE      QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA    ACC LEV:  MNA  1              RESP DUE:  MON  03-21-2022
ABSTRACT.: RQST INVESTIGATION OF FRP PAYMENTS/TEMP. HALTED
STATUS DT: 03-16-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 03-01-2022
REMARKS..:


REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP           QTR.: X02-037U    RCV OFC: MNA
REMEDY ID: 1124671-F1     SUB1: 31ZC SUB2:      DATE RCV:    06-23-2022
UNT  RCV..:CHEROKEE      QTR RCV.: X01-015L     FACL RCV: MNA
UNT  ORG..:CHEROKEE      QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA    ACC LEV:  MNA  1 SER  2 BOP  1  RESP DUE: TUE  08-02-2022
ABSTRACT.: FSA CREDITS APPLIED
STATUS DT: 07-22-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 06-27-2022
REMARKS..:




        G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit B

```
YAZKF              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     09-26-2023
PAGE 007 OF       *            FULL SCREEN FORMAT               *      10:50:49


REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP              QTR.: X02-037U    RCV OFC: MNA
REMEDY ID: 1133017-F1    SUB1: 19ZC SUB2:      DATE RCV:   08-09-2022
UNT  RCV..:5 SCP        QTR RCV.: X01-015L     FACL RCV: MNA
UNT  ORG..:5 SCP        QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA    ACC LEV:  MNA  1 SER  1        RESP DUE:  SUN  09-18-2022
ABSTRACT.: HOME CONFINEMENT/EXCEPTION REVIEW DENIAL REASON
STATUS DT: 10-17-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 09-08-2022
REMARKS..:




REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP              QTR.: X02-037U    RCV OFC: SER
REMEDY ID: 1124671-R1    SUB1: 31ZC SUB2:      DATE RCV:   08-16-2022
UNT  RCV..:5 SCP        QTR RCV.: X01-015L     FACL RCV: MNA
UNT  ORG..:CHEROKEE     QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA    ACC LEV:  MNA  1 SER  2 BOP  1   RESP DUE:
ABSTRACT.: FSA CREDITS APPLIED
STATUS DT: 08-17-2022  STATUS CODE: REJ STATUS REASON: LEG RSR
INCRPTNO.:          RCT:    EXT:    DATE ENTD: 08-17-2022
REMARKS..:










     G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit B

```
REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP              QTR.: X02-037U    RCV OFC: SER
REMEDY ID: 1124671-R2     SUB1: 31ZC SUB2:     DATE RCV:    09-09-2022
UNT  RCV..:5 SCP         QTR RCV.: X01-015L     FACL RCV: MNA
UNT  ORG..:CHEROKEE      QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA     ACC LEV:  MNA   1 SER  2 BOP  1   RESP DUE:  SUN  10-09-2022
ABSTRACT.: FSA CREDITS APPLIED
STATUS DT: 10-17-2022  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 09-09-2022
REMARKS..:



REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP              QTR.: X02-037U    RCV OFC: SER
REMEDY ID: 1133017-R1     SUB1: 19ZC SUB2:     DATE RCV:    11-03-2022
UNT  RCV..:5 SCP         QTR RCV.: X01-015L     FACL RCV: MNA
UNT  ORG..:5 SCP         QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA     ACC LEV:  MNA   1 SER  1            RESP DUE:  SAT  12-03-2022
ABSTRACT.: HOME CONFINEMENT/EXCEPTION REVIEW DENIAL REASON
STATUS DT: 11-08-2022  STATUS CODE: ACC STATUS REASON:
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 11-08-2022
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit B

```
REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP              QTR.: X02-037U    RCV OFC: MNA
REMEDY ID: 1141170-F1      SUB1: 19ZC SUB2:       DATE RCV:    11-09-2022
UNT  RCV..:5 SCP         QTR RCV.: X01-015L     FACL RCV: MNA
UNT  ORG..:5 SCP         QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA    ACC LEV:  MNA  1 SER  1        RESP DUE:  MON  12-19-2022
ABSTRACT.: HOME CONFINEMENT REQUEST
STATUS DT: 12-27-2022  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-14-2022
REMARKS..:



REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP              QTR.: X02-037U    RCV OFC: BOP
REMEDY ID: 1124671-A1      SUB1: 31ZC SUB2:       DATE RCV:    11-28-2022
UNT  RCV..:5 SCP         QTR RCV.: X01-015L     FACL RCV: MNA
UNT  ORG..:CHEROKEE      QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA    ACC LEV:  MNA  1 SER  2 BOP  1  RESP DUE:  FRI  01-27-2023
ABSTRACT.: FSA CREDITS APPLIED
STATUS DT: 01-05-2023  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 12-15-2022
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit B

```
REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP            QTR.: X02-037U    RCV OFC: MNA
REMEDY ID: 1146644-F1     SUB1: 15AC SUB2:       DATE RCV:   01-03-2023
UNT   RCV..:5 SCP         QTR RCV.: X01-015L     FACL RCV: MNA
UNT   ORG..:5 SCP         QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA    ACC LEV:  MNA   1                RESP DUE:  MON  01-23-2023
ABSTRACT.: RELEASE OF PAYMENT REFUNDS
STATUS DT: 01-30-2023   STATUS CODE: CLG STATUS REASON: GRT
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 01-04-2023
REMARKS..:



REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP            QTR.: X02-037U    RCV OFC: SER
REMEDY ID: 1141170-R1     SUB1: 19ZC SUB2:       DATE RCV:   01-03-2023
UNT   RCV..:5 SCP         QTR RCV.: X01-015L     FACL RCV: MNA
UNT   ORG..:5 SCP         QTR ORG.: X01-015L     FACL ORG: MNA
EVT FACL.: MNA    ACC LEV:  MNA   1 SER   1        RESP DUE:  THU  02-02-2023
ABSTRACT.: HOME CONFINEMENT REQUEST
STATUS DT: 02-21-2023   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 01-26-2023
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

Exhibit B

```
REGNO: 31860-001 NAME: MOLLICA, TERRI
RSP OF...: MNA UNT/LOC/DST: 5 SCP           QTR.: X02-037U   RCV OFC: MNA
REMEDY ID: 1161971-F1    SUB1: 25FC SUB2:      DATE RCV:   04-17-2023
UNT  RCV..:5 SCP         QTR RCV.: X02-037U    FACL RCV: MNA
UNT  ORG..:5 SCP         QTR ORG.: X02-037U    FACL ORG: MNA
EVT FACL.: MNA     ACC LEV:  MNA   1            RESP DUE:  SUN  05-07-2023
ABSTRACT.: FUNDS BEING WITHHELD ON ACCOUNT
STATUS DT: 09-12-2023   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 05-17-2023
REMARKS..:
```

```
              19 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit B