FILED
2023 Oct-19 PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | |
| Defendants. | |

**DECLARATION OF RENEE MCPHERSON
FEDERAL BUREAU OF PRISONS**

I, Renee McPherson, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare the following:

1. I make this declaration based on my personal knowledge, which is derived in part from a review of agency records kept in the course of regularly conducted agency activity.

2. I am employed by the Bureau of Prisons (Bureau) as a Legal Assistant in the Consolidate Legal Center that serves FCI Aliceville. My duties include providing assistance to Bureau attorneys. As a Legal Assistant, I have access to records maintained by the Bureau and am familiar with the procedures contained in Bureau Program Statement 1330.18, Administrative Remedy Procedures for Inmates, and 28, C.F.R. Part 542, Subpart B.

3. The Administrative Remedies process provides inmates with opportunities for formal review of their complaints related to any aspect of their imprisonment. To initiate the formal Administrative Remedies process, an inmate must first file a request for administrative remedy with the institution's Warden (BP-9, level 1). If dissatisfied with the response at the institutional level, the inmate may appeal the decision to the Regional Director (BP-10, level 2) and, thereafter, to the General Counsel's National Inmate Appeals Office (BP-11, level 3). 28 C.F.R. § 542.15 & 571.63(a). An inmate must appeal through all three

Exhibit C

levels of the Administrative Remedy Process to exhaust administrative remedies. 28 C.F.R. § 542.15(a) ("Appeal to the General Counsel is the final administrative appeal.").

4. The Bureau maintains an electronic database called SENTRY, which, among other purposes, is used to track administrative remedies filed by inmates. SENTRY stores information entered by administrative remedies clerks on the status, progress, and disposition of each remedy filed by an inmate. Each filing received is logged into SENTRY regardless of whether the remedy is ultimately exhausted and whether the filing is rejected for some procedural reason.

5. Administrative-remedies clerks at the institutional level assign a number known as a "Remedy ID" to each initial formal filing, a BP-9. This number is unique to that filing, and it helps individuals reviewing administrative-remedies histories to follow the progression of a remedy from the BP-9 stage through the BP-10 and BP-11 stages. The Remedy ID is a six- or seven-digit number, and, on an administrative-remedies history print-out from SENTRY, the Remedy ID is located on the left side of the entry paragraph.

6. There are two parts to a Remedy ID. The first is the six or seven-digit number, and the second is the F1, R1, or A1 to the right of the Remedy ID number. The F1, R1, or A1 indicate the level of the entry. For instance, "F1" stands for the facility or institutional level-the BP-9 level, and "R1" stands for the regional level-the BP-10 level. "A1" refers to the Central Office/General Counsel level-the BP-11 level. An "F2," "F3," or "F4" indicates a prisoner's second, third, or fourth attempt at complying with the requirements at the institution level. The same would be true for similar entries at the Regional and Central Office/General Counsel levels.

7. A copy of Plaintiff's SENTRY report, which is kept in the course of regularly conducted agency activity, has been marked as Exhibit B and attached to Defendant's Special Report.

8. Exhibit A to the Special Report is a copy of administrative remedy request 1000103, which is kept in the course of regularly conducted agency activity. Plaintiff did not appeal this administrative remedy request past the Regional Office.

9. Exhibit D to the Special Report is a copy of administrative remedy request 1033708, which is kept in the course of regularly conducted agency activity. Plaintiff did not appeal this administrative remedy request past the facility

level.

     10.   Exhibit E to the Special Report is a copy of administrative remedy request 1124671 to the General Counsel and the General Counsel's response. These documents are kept in the course of regularly conducted agency activity.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of October 2023.

_____
Renee McPherson
Legal Assistant
Federal Bureau of Prisons