REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 17, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALICEVILLE FCI

TO  : TERRI MCGUIRE MOLLICA, 31860-001
      ALICEVILLE FCI    UNT: CAMP D    QTR: C03-210L
      P.O. BOX 445
      ALICEVILLE, AL 35442


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1033708-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED    : JULY 16, 2020
SUBJECT 1        : OTHER COMMUNITY PROGRAMS
SUBJECT 2        : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).  YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : YOU ARE ADDRESS MEDICAL ISSUES AND A REQUEST FOR
                  HOME CONFINEMENT. YOU WILL NEED TO RE-SUBMIT TWO
                  BP-9'S ONE FOR EACH ISSUE.

Exhibit D

# FEDERAL CORRECTIONAL INSTITUTION
## ALICEVILLE, ALABAMA
### INFORMAL RESOLUTION FORM

Inmate Name: Terri Mollica                             Reg. No. 31860-001
Unit: C-3 (20) from D-unit                             Date: 6/18/2020

NOTICE TO INMATE: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: I have a fibroid tumor in my uterus that is causing pain. It swollen to the point I cannot button my pants. Abdominal Mesh Implants is applying pressure to it. I had a biopsy in May 2017 that came back cancerous and have not received treatment for the tumor.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to informally resolve your complaint: Submitted sick calls on 5/14/2020 and 6/15/2020 - but have not been seen.

3. State what resolution you expect: I would like to see a gynocologist that specializes in transabdominal mesh surgeries to determine a course of treatment within 20 days.

Inmate's Signature: Terri McGuin Mollica                Date: 6/15/2020

Correctional Counselor's Comments (Steps to Resolve): Forwarded to Medical via email.

Counselor's Signature: _____          Date: 6/24/2020
Unit Manager's Review: _____          Date: 6/30/2020
Informally Resolved: NO                          Date: 7/9/2020

|           | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|-----------|-------------|---------------|-------------|---------------|--------------|
| DATE      | 6-17-2020   | 6-24-2020     | 7-1-2020    | 7-9-2020      |              |
| TIME      | 9:00 AM     | 9:00          | 9:00 AM     | 2:00 PM       |              |
| COUNSELOR |             |               |             |               |              |

I've reviewed inmate Mollica's complaint and her medical records and see she has a scheduled off-site consult with an OB/GYN specialist. Due to security considerations, she will not be told in advance of the date/time/location of this appointment.

Exhibit D

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Mollica, Terri M.__ __31860-001__ __D__ __SPC Aliceville__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** I am appealing the answer to my BP 8.5, denied on 6/30/2020; BP9 issued on 7/01/2020. I am asking that my paperwork be processed for Home Confinement under the CARES Act 2020. The response was "You will be reviewed for Home Confinement after you have served 50% of your sentence."

Under the CARES Act, A.G. William Barr's directive on 3/26/2020, and the BOP's direction dated 4/22/2020, there are several criteria for evaluating "at risk" inmates for Home Confinement. NONE of those authorities have a requirement that "50% of the sentence" be completed. Under the CDC guidelines updated on 6/25/2020, any person with underlying health conditions, especially hypertension, are at risk for serious complications from Covid-19. I have (in medical records) hypertension, a blood disorder, a cancerous uterine tumor, and BMI >30.

I meet every one of the BOP's qualifications for Home Confinement. Several inmates that have less than 50% of their sentence completed have already left (Richella Reed, Tae Green, Sharon Knox, Peggy Nagele, Randi Carlson, Kathy Dyson). I would like my paperwork to be completed now.

__7/02/2020__                __Terri M. Mollica__
DATE                         SIGNATURE OF REQUESTER

**Part B– RESPONSE**

Received
JUL 16 2020
Wardens Office

_____    _____
DATE                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE          CASE NUMBER: __1033708-F1__
                                      CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

_____                        Exhibit D
DATE                   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                 BP-229(13)
                                                        APRIL 1982

**Requirement for submission of this request directly to the Regional Director, Bureau of Prisons.**

When the inmate believes that he may be adversely affected by submission of this request at the institution level because of the sensitive nature of the complaint, he may address his complaint to the Regional Director. He must clearly indicate a valid reason for not initially bringing his complaint to the attention of the institution staff.

If the inmate does not provide a reason, or if the Regional Director or his designee believes that the reason supplied is not adequate, the inmate will be notified that the complaint has not been accepted. The form sent to the Regional Director will not be returned. However, the inmate may prepare a new request and submit it at the institution if he wishes.