U.S. Department of Justice  **Central Office Administrative Remedy Appeal**
Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Mollica, Terri M.     31860-031     Unit A     FCI Aliceville
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

I asked that my FSA credits be posted and that I be processed for the CARES Act.

The FSA credits have been posted and I am now at 50% of my sentence. I want to be sent to Home Confinement now.

10/26/2022              Terri McGinn Mollica
DATE                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE                                        GENERAL COUNSEL
THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: 1124671-A1

**Part C - RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                 Exhibit E                    BP-231(13)
                                                     JUNE 2002

**Administrative Remedy No. 1124671-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal, wherein you request Federal Time Credit (FTC) pursuant to the First Step Act (FSA) be applied and placement on home confinement.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director responded to your concerns at the time of your Request for Administrative Remedy and subsequent appeal. FTC's were applied. In regards to your request for home confinement, you did not request home confinement in your lower level appeals, therefore it will not be addressed as part of this appeal. We note you currently have submitted Admiistrative Remedy #1133017, concerning home confinement, and it is waiting a response from the Regional Director. Once you receive the Regional Director's response, you may appeal their decision to the Central Office if you are not satisfied. We encourage you to continue to work with your Unit Team in order to provide you with additional guidance concerning the FSA.

Based on the foregoing, this response is for informational purposes only.

| 01-05-23 | *I. Connors* |
|---|---|
| Date | Ian Connors, Administrator |
|  | National Inmate Appeals |