## Exhibit F

Exhibit F, Plaintiff's medical records from 2016 to 2022, are being filed separately under seal.

Exhibit F Filed Separately Under Seal