IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | |
| Defendants. | |

## DECLARATION OF SHARON S. BAILEY
## FEDERAL BUREAU OF PRISONS

I, Sharon S. Bailey, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare the following:

1. I make this declaration based on my personal knowledge, which is derived in part from a review of agency records kept in the course of regularly conducted agency activity.

2. From 2015 to the present, I have served as a registered nurse at FCI Aliceville.

3. As a registered nurse, I am not qualified to perform a total abdominal hysterectomy and bilateral salpingo-oophorectom on a patient.

4. Complex surgeries, such as hysterectomies, cannot be performed onsite at FCI Aliceville, because the medical facilities are not set up for such procedures.

5. When an inmate requires a complex surgical procedure, a BOP medical provider, such as a physician or nurse practitioner. places a request for a specialist consult in BOP's electronic medical record system. Once that request is approved by the BOP Clinical Director responsible for reviewing such requests, the inmate is scheduled to see an outside surgeon for a consult. That outside

surgeon will exam the inmate, and if medically appropriate, surgery will be scheduled by a scheduling contractor and then performed by the surgeon.

6. As a registered nurse at FCI Aliceville, I am not able to independently place a request in BOP's electronic medical record system for an inmate to be referred to an outside specialist, such as a surgeon, for a consult. Only providers, such as physicians or nurse practitioners, can place or order such a request in BOP's electronic medical record system.

7. At no time relevant to Plaintiff's allegations, or at any other time, did I ever: disregard a serious risk of harm to Plaintiff; intentionally deny or delay Plaintiff's access to medical care; or intentionally interfere with Plaintiff's treatment once it was ordered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of October 2023.

*Sharon S. Bailey, RN*
Sharon S. Bailey, R.N.
FCI Aliceville