IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

TERRI MCGUIRE-MOLLICA,

Plaintiff,

v.

RICHARD GRIFFIN, *et al.*,

Defendants.

CIVIL ACTION NO.
7:20-cv-01768-SGC

## DECLARATION OF XINYU D. LI, MD/PH.D.
## FEDERAL BUREAU OF PRISONS

I, Xinyu D. Li, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare the following:

1. I make this declaration based on my personal knowledge, which is derived in part from a review of agency records kept in the course of regularly conducted agency activity.

2. I started as a physician at FCI Aliceville on September 15, 2019, and I treated Plaintiff until she was transferred from FCI Aliceville in August 2021.

3. At no time relevant to Plaintiff's allegations, or at any other time, did I ever: disregard a serious risk of harm to Plaintiff; intentionally deny or delay Plaintiff's access to medical care; or intentionally interfere with Plaintiff's treatment once it was ordered.

4. Between September 2019 and August 2021, Plaintiff's uterine symptoms were stable.

5. Plaintiff's ultrasounds during this period showed her uterine fibroids were stable in size.

6. During this same period, Plaintiff did not have anemia, and her hemoglobin levels were within a normal range.

7. In July 2020, Plaintiff saw an offsite gynecologist. The gynecologist performed an ultrasound and a biopsy. Based on the exam, the gynecologist did not recommend a hysterectomy, and I reviewed and agreed with the recommendation.

8. At all times, my medical treatment of Plaintiff was consistent with the applicable standards of care.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of October, 2023.

_____
Xinyu D. Li, MD/Ph.D
FCI Aliceville

2

Exhibit H