IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | |
| Defendants. | |

### DECLARATION OF RICHARD GRIFFIN, M.D.
### FEDERAL BUREAU OF PRISONS

I, Richard Griffin, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare the following:

1. I make this declaration based on my personal knowledge, which is derived in part from a review of agency records kept in the course of regularly conducted agency activity.

2. I was employed as a physician at FCI Aliceville from July 14, 2014, to January 28, 2019.

3. I treated Plaintiff from the time she arrived at FCI Aliceville in September 2016 to the time I left FCI Aliceville in January 2019.

4. At no time relevant to Plaintiff's allegations, or at any other time, did I ever: disregard a serious risk of harm to Plaintiff; intentionally deny or delay Plaintiff's access to medical care; or intentionally interfere with Plaintiff's treatment once it was ordered.

Exhibit I

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17 day of October 2023.

*Richard Griffin, MD*
Richard Griffin, M.D.
BOP - Retired

2

Exhibit I