TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Extension
DATE: 10/29/2023 06:38:19 PM

FILED
2023 NOV -1  A 10: 19
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

TERRI MCGUIRE-MOLLICA,
        Plaintiff

v.                                                    Case No. 7:20-cv-01768-SGC

RICHARD GRIFFIN, et al,
        Defendants

---

## MOTION FOR EXTENSION OF TIME TO FILE REPONSE TO DEFENDANT'S SPECIAL REPORT, et al

COMES NOW, Terri McGuire-Mollica, pro se litigant, unskilled and unschooled in the law, asking this Honorable Court to GRANT her Motion for Extension of time to file her response to the defendants' Special Report and Motions for Dismissal and Summary Judgment.

The Defendants' motions were received by Plaintiff on October 23, 2023. Plaintiff requests a 14-day extension of time in order to gather the necessary documents to file a complete and accurate response.

Respectfully submitted, this the 30th day of October 2023.

*Terri McGuire Mollica*

Terri McGuire-Mollica
Reg No. 31860-001
c/o FPC Marianna
P.O. Box 7006
Marianna, FL 32447

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Cert of Service BHAM
DATE: 10/29/2023 06:39:47 PM

CERTIFICATE OF SERVICE

I, Terri McGuire-Mullica, certify under penalty of perjury that a true and correct copy of the MOTION FOR EXTENSION was served on the U.S. District Court in Birmingham, AL, via first-class prepaid U.S. Mail, by placing it in the FPC Marianna Prison Mailbox System, on this the 30th day of October 2023.

Terri McGuire-Mollica
Reg No. 31860-001

Mollica #31860-001
Federal Prison Camp
PO Box 7006
Marianna FL 32447

PENSACOLA FL 325

30 OCT 2023 PM 1 L

SECURITY
NOV 01 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Office of the Clerk
U.S. District Court
1729 - 5th Avenue N
Birmingham AL 35203

35203-203799