# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The plaintiff has requested the court extend the deadline to file her response to the defendants' Special Report because she did not receive their filing until October 30, 2023. (Doc. 50). Her motion for extension is **GRANTED IN PART** (Doc. 50). The plaintiff's deadline to respond to the Special Report is extended until **November 21, 2023**.

**DONE** this 1st day of November, 2023.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE