IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | |
| Defendants. | |

**MOTION FOR LEAVE TO FILE REPLY**

Defendants Richard Griffin, M.D., Xinyu Li, M.D., and Sharon Bailey, R.N., move the Court for leave to file a reply in support of their motion to dismiss.

1. On October 19, 2023, Defendants filed a special report, motion to dismiss, and motion for summary judgment, ECF No. 47.

2. On November 20, 2023, Plaintiff filed a response, ECF No. 52.

3. Defendants seek leave to file a reply in support of their motion to dismiss to address Plaintiff's argument in her response that she exhausted her administrative remedies because she appealed administrative remedy request 1000103 to the General Counsel by placing a copy of the BP-11 form in the FCI Aliceville mailbox on October 1, 2020.  McGuire-Mollica Decl. ¶ 3, ECF No. 52 at 20; Compl. Ex. F-4, BP-11 Form, ECF No. 1 at 43.

1

4. Defendants believe their reply would aid the Court in further analyzing whether Plaintiff has exhausted her administrative remedies.

5. A copy of Defendants' proposed reply is attached as Exhibit A.

PRIM F. ESCALONA
UNITED STATES ATTORNEY

<u>/s/ Don B. Long III</u>
Don B. Long III
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001
(205) 244-2181 (fax)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served upon the Respondent, by mailing a copy of the same by first class certified United States mail, postage prepaid, on December 4, 2023, addressed as follows:

>Terri McGuire-Mollica
>31860-001
>Marianna Federal Correctional Institution
>Inmate Mail/Parcels P.O. Box 7007
>Marianna, FL 32447

>**/s/Don B. Long III**
>DON B. LONG III
>Assistant United States Attorney