# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On December 4, 2023, the defendants, Richard Griffin, Xinyu Li, and Sharon Bailey, sought leave to file a reply in support of their motion to dismiss. (Doc. 53). The defendants attached to their motion a copy of their proposed reply brief. (Doc. 53-1). The plaintiff, Terri McGuire-Mollica, opposes the motion. (Doc. 54).

The defendants' motion to file a reply is **GRANTED**. (Doc. 53). The defendants are **DIRECTED** to separately file the proposed reply as a standalone document within five days of this order, and it will be considered by the court in ruling on their pending motion to dismiss. The Clerk is **DIRECTED** to update the docket to reflect the correct spelling of defendant Xinyu Li's name.

**DONE** this 6th day of March, 2024.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE