# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT[1]

In accordance with the memorandum opinion entered on this date and pursuant to Rule 58 of the *Federal Rules of Civil Procedure*, it is **ORDERED** that the defendants' motion to dismiss is **GRANTED** and their motion for summary judgment **DENIED AS MOOT**. (Doc. 47). This action is **DISMISSED WITHOUT PREJUDICE**. Costs are taxed as paid.

**DONE** this 8th day of March, 2024.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE

---

[1] The parties have unanimously consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 36).