TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Leave to file reply
DATE: 03/12/2024 08:11:31 PM

FILED
2024 MAR 18 P 12:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

RECEIVED
2024 MAR 18 P 12:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

TERRI MCGUIRE-MOLLICA,
    Plaintiff

v.                                                       Case No. 7:20-cv-01768-SGC

RICHARD GRIFFIN, et al
    Defendants

MOTION FOR RECONSIDERATION
AND
MOTION LEAVE TO FILE SURREPLY
TO DEFENDANTS' MOTION IN SUPORT OF MOTION TO DISMISS

---

COMES NOW, Terri McGuire-Mollica, pro se litigant asking this Honorable Court to RECONDSIDER its Motion to Dismiss this case and GRANT Plaintiff's Motion for Leave to Surreply to Defendants' Support of Motion to Dismiss.

I.   History

- Defendants' filed their Special Report, Motion to Dismiss, etc on 10/19/2023;

- Plaintiff responded to the report on 11/15/2023;

- Defendant filed a Motion for Leave to File Reply 12/04/2023;

- Plaintiff opposed the Motion for Leave to File Reply on 12/10/2023;

- Court granted Defendants Motion for Leave to File Reply on 3/06/2024;

- Defendants filed "Reply in Support of Motion to Dismiss" on 3/06/2024;

- Court ruled on Defendants" Motion to Dismiss on 3/08/2023;

- Plaintiff received Court's motion to Grant and Defendant's Motion to Dismiss on 3/11/2024;

- Plaintiff received Court's Grant of Motion to Dismiss on 3/12/2024.

II.   Motion to Reconsider

As shown, Plaintiff did not have an opportunity to reply to Defendants' "motion to dismiss" before it was granted by the Court.

As such, Plaintiff asks this Honorable Court to reconsider or set-aside its Motion to Dismiss (doc 57) and allow Plaintiff to respond with her own "Leave to File Reply."

III.  Motion for File for Leave to Surreply to Defendants' Motion

As Plaintiff stated in her 12/10/2023 Motion in Opposition of allowing Defendants to file a second response in this lawsuit, all related documentation for this case had to be sent "off-site" due to her transfer.

On 3/05/2024, Plaintiff obtained additional formation related to this case, which was "mailed out of the prison to be copied and mailed." (see Doc 54) This information clearly shows that Plaintiff, through a third-party, filed all administrative remedies that were available to her at the time of the COVID-19 pandemic.

Plaintiff has attached the Motion showing the exhaustion of administrative remedies for this motion.

IV.  Conclusion

Plaintiff asks this Court to RECONSIDER its Motion to Dismiss and allow Plaintiff the same opportunity as it allowed Defendants' and GRANT her Motion to File a Surreply.

Respectfully submitted, this the 12th day of March 2024.

Terri McGuire-Mollica
Reg No. 31860-001
c/o FPC Marianna
P.O. Box 7006
Marianna, FL 32447

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Surreply
DATE: 03/12/2024 08:06:38 PM

FILED
2024 MAR 18 P 12: 48
U.S. DISTRICT COURT
N.D. OF ALABAMA

RECEIVED
2024 MAR 18 P 12: 44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAM

TERRI MCGUIRE-MOLLICA,
       Plaintiff

v.                                    Case No. 7:20-cv-01768-SGC

RICHARD GRIFFIN, et al
       Defendants

---

MOTION IN OPPOSITION OF MOTION TO DISMISS
DUE TO EXHAUSTION OF ADMINISTRATIVE REMEDIES

---

COMES NOW, Terri McGuire-Mollica, pro se litigant, unskilled and unschooled in the law, asking this Honorable Court to consider the attached, newly available evidence and DENY Defendants' Motion to Dismiss due to non-exhaustion of administrative remedies.

I.   History of Administrative Remedies during COVID-19 Pandemic

- Plaintiff filed her form 8.5 based on lack of medical care on 10/31/2019; reply was received on 12/03/2019. (see attached)

- Plaintiff filed her form 9 on 12/04/2019. (see attached) Response was due on 1/02/2020 but was received timely.

- Plaintiff sent a "staff message" to the AW on 2/13/2020 to check the status of the form 9. (see attached) The Counselor refused to provide a formal form 10 because the form 9 had not been received, in violation of FBoP policy.

- On 2/24/2020, Aliceville SPC "locked down" due to COVID-19. Plaintiff was moved from the SPC to the FCI.

During this period, Plaintiff was locked into a cell for 23 - 24 hours/day. Her Counselor Mr. Johnson did NOT come to the FCI. Counselor Holmes (on staff at the FCI) refused to give Plaintiff the formal 'form 10 or 11' because the form 9 had not been responded to, even though that is a violation of FBoP policy.

- On 3/02/2020, Plaintiff sent out copies of the form 8.5, 9, staff message, and letter addressed to Mr. William Lothrop at the Southeast Regional Center in Atlanta Ga, asking it to be considered a "substitute form 10" (see attached) to Traci Woodall (see Affidavit) for it to be copied and mailed out.

Also, Plaintiff's roommate (Dora Moreira) during the lockdown witnessed the letter to Mr. Lothrop.

- On 5/15/2020, Plaintiff sent out an additional letter to Mr. Ian Connor at the Office of the General Counsel in Washington DC to Ms. Woodall, again asking her to make copies of everything mailed to Mr. Lothrop plus the new letter. Plaintiff asked Mr. Lothrop to consider this letter and attachments a "substitute form 11." (see attached)

  Also, Plaintiff's roommate Dora Moreira during the lockdown witnessed the letter to Mr. Connor.

- The Acting Warden at Aliceville finally returned the form 9 on 6/28/2020, more than 180 days too late.

- Plaintiff continued with the prescribed forms 10 and 11, simply because she had the assigned case number but these were duplicates.

- As of this date, she has never received a response from any of the 10s or 11s.

II.  Case Law

Inmates only have to file remedies available to them at the time, which during a pandemic, did not include the actual forms. While the PLRA requires prisoner to exhaust such administrative remedies as are available, nothing in the statue imposes specific proforma requirements." (Jones v. Brock, 549 U.S. 199, 218, 127 S Ct 166 L Ed 2d 798 (2002).

The exhaustion requirement of the PLRA is interpreted in light of its purpose, which includes the goal of giving officials the time and opportunity to address complaints internally." (Porter v. Nussle, 534 U.S. 516, 525, 122 S Ct 983, L Ed 12 (2002).

III. Conclusion

During the time that Plaintiff attempted to obtain needed medical care, she was locked in a cell 23 - 24/hours per day due to the COVID-19 pandemic. The prison officials not only refused to give Plaintiff the necessary paperwork to file the claim, but also refused to provide her with paper or copies or access to the law library.

As already explained in both the Opposition to Summary Judgment and the Opposition for Leave to File a Reply, nothing in the PLRA statute requires that the inmates use the official form or even use the same case number.

Both the Defendant's and the Court have relied on one administrative remedy instead of looking at the entire filing.

Plaintiff asks that this Court GRANT this motion to include additional information in her original Biven's filing.

Respectfully submitted, this the 12th day of March 2024.

*Terri M[signature]*

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

Terri McGuire-Mollica
Reg No. 31860-001
c/o FPC Marianna
P.O. Box 7006
Marianna, FL 32447

# FEDERAL CORRECTIONAL INSTITUTION
## ALICEVILLE, ALABAMA
### INFORMAL RESOLUTION FORM

Inmate Name: Terri McGuire Mollica     Reg. No. 31860-001
Unit: D     Date: 10/31/2019

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. State your complaint: Since 2016, I have had severe pain in my lower abdomin, uterus and ovaries. I experience heavy monthly bleeding, am anemic, and regularly have an upset stomach and our fevers.

(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.))

2. State what actions you have made to Informally resolve your complaint: The FCI medical staff diagnosed me with a 10cm fibroid tumor on my uterus and a 5cm cysts on my right ovary in 2016, but no treatment. On 8/26/2019, I went to Sick Call and requested that I receive treatment.

3. State what resolution you expect: I would like to see a specialist/surgeon to determine the best course of action, within the next 30 days.

Inmate's Signature: Terri McGuire Mollica     Date: 10/31/2019

Correctional Counselor's Comments (Steps to Resolve): Forwarded to Medical via email.

Counselor's Signature: _____     Date: 11/5/19
Unit Manager's Review: _____     Date: 11-12-19
Informally Resolved: NJ     Date: 12-3-19

|  | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10/30/19 | 11-1-19 | 12-3-19 |  |  |
| TIME | 12⁰⁰ | 10⁰⁰ | 12⁰⁰ pm |  |  |
| COUNSELOR |  |  |  |  |  |

I've reviewed inmate Mollica's complaint and her medical chart. She will be scheduled to see a provider. Please have her watch the call-out for this appointment.

**U.S. DEPARTMENT OF JUSTICE**  **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Mollica, Terri M.__   __31860-001__   __D__   __SPC Aliceville__
  LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST**

Since 2016, I have had severe pain in my lower abdomen, uterus, and ovaries. I experience heavy monthly bleeding, am anemic, and regularly have an upset stomach and run fevers.

The FCI Aliceville medical staff diagnosed me with a 10cm fibroid tumor on my unterus and two 5cm cysts on my right ovary in 2016. In 5/2017, I went on a medical trip and saw an outside doctor, who confirmed the fibroid and cysts and recommended surgery. In 11/2018, I was scheduled for another outside medical trip, but due to heavy bleeding, the doctor requested that FCI Aliceville reschedule the appointment. So far, I have received no treatment.

On 8/26/2019, I went to sick call at SPC Aliceville and requested that I receive treatment. I was told I would be put on the call-out to see a provider. On 10/30/2019, I completed a form 8.5, and again was told that I would be placed on the call-out to see a provider.

As of this date, I have not received any treatment or additional consults for this problem. I would like to be seen by an outside specialist or surgeon to determine the best course of action, within the next thirty (30) days.

__12/04/2019__   __Terri M. Mollica__
    DATE                           SIGNATURE OF REQUESTER

**Part B- RESPONSE**




_____          _____
      DATE                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

                                              CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - UNIT: ALI-D-D
Case 7:20-cv-01768-SGC   Document 59   Filed 03/18/24   Page 8 of 13

6|9

FROM: AW Operations
TO: 31860001
SUBJECT: RE: ***Inmate to Staff Message***
DATE: 02/14/2020 12:17:02 PM

Ms. Mollica, thank you for your patience, your BP-9 is still under review and a response is being generated, you will be receiving a response soon.

>>> ~^!"MOLLICA, -^!TERRI MCGUIRE" <31860001@inmatemessage.com> 2/13/2020 9:21 AM >>>
To: Mr. Thomas
Inmate Work Assignment: Rec.

Hi Mr. Thomas. I am not sure if you are the proper person to handle this, but I am trying to follow up on my form 9, which was submitted by Counselor Johnson around 12/10/2019. I received a receipt stating that I would have a response by 1/02/2020.

As of today, I have not received a request to extend the time nor an actual response.

I am ready to file my form 10, but Counselor Johnson has told me that I cannot until I have a response from the 9.

Can you please check on that request or, in the alternative, respond to this request with a denial, so that I may proceed?

Thanks for your help.

March 2, 2020

Mr. William Lothrop
Southeast Regional Director
3800 Camp Creek Pkwy SW
    Bldg 2000
Atlanta GA 30331

RE: Terri M. Mollica   Reg No 31860-001
    Substitute Form 10 · Lack of Medical Care at SPC/FCI Aliceville

Dear Mr. Lothrop:

I was recently moved from the Camp at Aliceville (Unit D) to behind the fence at the FCI due to COVID-19.

I filed an 8.5 and 9 here locally. The 8.5 was returned but the 9 was due on 11/02/2020 and I have not had a reply. See attached copies as well as a "Staff request" re: an update.

Counselor Johnson (SPC) and Counselor Holmes both refuse to give me a form 10 due to the 9 not being answered. It has been more than 60 days and is in violation of FB.Po policy for administrative remedy procedures.

Therefore, I am requesting that this letter be used as a substitute form 10 that you can use to process my request for medical care, per forms 8.5 and 9 (attached).

Thank you for your assistance.

Sincerely
Terri M. Mollica
Reg No 31860-001
c/o SPC Aliceville
P.o. Box 487
Aliceville AL 35442

Witness: [signature]

May 15, 2020

Mr Ian Connor
Office of General Counsel
320 1st Street NW
Washington DC 20534

RE: Teri M. Mollica   Reg No 31860-001
Substitute Form 11 - Lack of Medical Care at SPC/FCI Aliceville

Dear Mr. Connor:

I am currently in COVID-19 lockdown at Aliceville. I filed an 8.5 in October 2019, a 9 in December 2019 (no answer received) and a substitute form 10 in March 2020. (no answer received). Please see attached.

I am requesting that you use this letter as a substitute form 11 and process my request for medical services.

Thank you for your assistance.

Sincerely
Teri M. Mollica
Reg No 31860-001
C/o SPC Aliceville
P.O. Box 487
Aliceville AL 35442

Witness: [signature]

County of      JEFFERSON

State of       ALABAMA

## AFFIDAVIT

I, Traci Ann Woodall, in support of civil case Terri McGuire-Mollica v. Richard Griffin, et al (case no. 7:20-cv-01768) currently pending in the Northern District of Alabama, aver the following:

- During the COVID-19 pandemic, Terri McGuire-Mollica was moved from the Satellite Prison Camp at Aliceville, AL, to the Federal Correctional Institution at Aliceville;

- Because she had no access to a copier during the lockdown, she sent several documents to me in order to have copies made before mailing;

- I made copies on two separate occasions;

- On 3/09/2020, I mailed one letter plus three copies of BoP forms to the Southeast Regional Office in Atlanta, GA;

- On 5/21/2020, I mailed one additional letter plus the same letter and copies as above to the Office of General Counsel in Washington DC;

- I am not aware of the actual nature of the documents mailed, only that they referenced her health problems and lack of medical services being provided by the BoP;

- I have attached copies of the documents mailed.

- I changed residences during the fall of 2022 necessitating some items go into long-term storage; this information was not available until now.

I, Traci Ann Woodall, certify under penalty of perjury that the foregoing is true and correct to best of my knowledge, pursuant to U.S.C. section 1746.

2\24\2024
Date

Traci Ann Woodall
Traci Ann Woodall

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Cert of Service BHAM
DATE: 03/12/2024 08:31:50 PM

CERTIFICATE OF SERVICE

I, Terri McGuire-Mollica, certify under penalty of perjury that a true and correct copy of the MOTION FOR RECONSIDERATION AND MOTION FOR LEAVE TO FILE SURREPLY; AND MOTION IN OPPOSTION TO DEFENDANT'S MOTION FOR DISMISSAL was served on the U.S. District Court in Birmingham, AL, via first-class prepaid U.S. Mail, by placing it in the FPC Marianna Prison Mailbox System, on this the 12th day of March 2024.

Terri McGuire-Mollica
Reg No. 31860-001

Mollica #31860-001
Federal Prison Camp
P.O. Box 7006
Marianna FL 32447

Pensacola FL 325
WED 13 MAR 2024 PM

SECURITY
MAR 18 2024
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

U.S. District Court
1729 5th Avenue North
Birmingham AL 35203-2040

Att: Clerk of Court