FILED
2024 Mar-20 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

------------------------------------------------------------------------

FROM: 31860001
TO:
SUBJECT: Withdraw
DATE: 03/17/2024 02:54:30 PM

FILED

2024 MAR 20 A 10 59

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES OF AMERICA
FOR THE NORTHERN DISTRICT OF ALABAMA

TERRI MCGUIRE-MOLLICA,
Plaintiff

v.                                                          Case No. 7:20-cv-01768

RICHARD GRIFFIN, et al
Defendants

---

MOTION TO WITHDRAW
MOTIONS FOR RECONSIDERATION and
MOTION TO FILED SURREPLY IN OPPOSTION TO DISMISS

---

COMES NOW, Terri McGuire-Mollica, pro se litigant, unskilled and unschooled in the law, asking this Honorable

Court to WITHDRAW her recently filed Motions for Reconsideration and to file Surreply and her Motion in Opposition of

Dismissal of Bivens-style case.

These Motions were served on the Court on March 12, 2024.

Respectfully submitted, this the 17th day of March 2024.


                                                    Terri McGuire-Mollica
                                                    Reg No. 31860-001
                                                    c/o FPC Marianna
                                                    P.O. Box 7006
                                                    Marianna, FL 32447

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---------------------------------------------------------------------------------

FROM: 31860001
TO:
SUBJECT: Cert of Service BHAM
DATE: 03/17/2024 02:55:01 PM

CERTIFICATE OF SERVICE

I, Terri McGuire-Mollica, certify under penalty of perjury that a true and correct copy of:

- MOTION to WITHDRAW

was served on the U.S. District Court in Birmingham, AL, via first-class prepaid U.S. Mail, by placing it in the FPC Marianna Prison Mailbox System, on this the 17th day of March 2024.

Terri McGuire-Mollica
Reg No. 31860-001

Mollica #31860.051
Federal Prison Camp
Po Box 7006
Marianne FL 32447

PENSACOLA FL  325

18 MAR 2024 PM 1 L

U.S. District Court
1729 5th AveN
Birmingham AL 35203-2037

Attn: Clerk of Court

35203-203799