# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TERRI MCGUIRE-MOLLICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:20-cv-01768-SGC |
| RICHARD GRIFFIN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This action was dismissed without prejudice on March 8, 2024. (Docs. 57, 58). On March 18, 2024, the court received from the plaintiff a motion seeking reconsideration and requesting to file a sur-reply to the defendants' motion to dismiss. (Doc. 59). Two days later, the court received from the plaintiff a motion to withdraw her earlier motion. (Doc. 60).

The court **GRANTS** the plaintiff's motion to withdraw her motion for reconsideration and to file a sur-reply. (Doc. 60). The clerk is directed to **TERM** the plaintiff's motion for reconsideration and to file a sur-reply. (Doc. 59).

**DONE** this 5th day of April, 2024.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE