TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Notice of Appeal
DATE: 04/04/2024 07:12:21 PM

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2024 APR -8  A 11 31
U.S. DISTRICT COURT
N.D. OF ALABAMA

TERRI MCGUIRE-MOLLICA,
　　　　Plaintiff

v.                                                          Case No. 7:20-cv-01768-SGC

RICHARD GRIFFIN, et al
　　　　Defendants

---

## NOTICE OF APPEAL

COMES NOW, Terri McGuire-Mollica, pro se litigant, unskilled and unschooled in the law, notifying this Honorable Court that she plans to APPEAL to the United States Appeals Court for the Eleventh Circuit, this Court's Final Judgment and Dismissal of her Bivens-styled Motion (Doc 58), filed on 3/08/2024.

Respectfully submitted, this the 4th day of April 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Terri McGuire-Mollica
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Reg No. 31860-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　c/o FPC Marianna
　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 7006
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Marianna, FL 32447

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Cert of Service BHAM
DATE: 04/04/2024 07:14:32 PM

CERTIFICATE OF SERVICE

Pursuant to Title 28 U.S.C. section 1746, I, Terri McGuire-Mollica, certify under penalty of perjury that a true and correct copy of:

NOTICE OF APPEAL

was served on the U.S. District Court in Birmingham, AL, via first-class prepaid U.S. Mail, by placing it in the FPC Marianna Prison Mailbox System, on this the 4th day of April 2024.

Terri McGuire-Mollica
Reg No. 31860-001

Mallise #31860.001
Federal Prison Camp
PO Box 2006
Marianna FL 32447

PENSACOLA FL 325
5 APR 2024 PM 1 L

U.S. District Court
1729 - 5th Avenue North
Birmingham AL 35203-2040

Attn: Clerk of Court

35203-200099