**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Mr. Dave Smith, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303.

U.S.D.C. No :7:20 CV 1768 SGC
U.S.C.A. No. New Appeal
IN RE:   McGuire-Mollica v. Federal Bureau of Prisons, The et al.,

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

☒   Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐   Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.; Click here to enter text. volume(s) of transcripts;

☒   First Notice of Appeal? Yes   Dates of other Notices:

☐   The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐   Original papers (court file) and certified copy of docket entries per USCA request.

☐   There was no hearing from which a transcript could be made.

☐   Copy of CJA Form 20 or District Court order appointing counsel.

☒   The appellant docket fee has been paid. **No** Date Paid:

☐   The appellant has been leave to appeal in forma pauperis and       request for certificate of appealability (order enclosed).

☒   The Judge/Magistrate Judge appealed from is: Staci G. Cornelius

☐   The Court Reporter is:

☐   This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Joe Bulgarella, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐   This is a **DEATH PENALTY** appeal.

☐   Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐   Other:

xc:  Counsel                            Greer M. Lynch, Clerk

By___**A. Day**_____
Deputy Clerk