APPEAL,CONMAG,MEDIATION,REPORT & RECOMMEND

# U.S. District Court
## Northern District of Alabama (Western)
## CIVIL DOCKET FOR CASE #: 7:20−cv−01768−SGC
*Internal Use Only*

| | |
|---|---|
| McGuire−Mollica v. Federal Bureau of Prisons, The et al<br>Assigned to: Magistrate Judge Staci G Cornelius<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 11/09/2020<br>Date Terminated: 03/08/2024<br>Jury Demand: None<br>Nature of Suit: 555 Prisoner Petition (Prison Condition)<br>Jurisdiction: Federal Question |

**Plaintiff**

**Terri McGuire−Mollica**    represented by    **Terri McGuire−Mollica**
31860−001
MARIANNA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 7007
MARIANNA, FL 32447
*PRO SE*

V.

**Defendant**

**Federal Bureau of Prisons, The**
*TERMINATED: 08/05/2022*

**Defendant**

**United States of America**    represented by    **Don B Long , III**
*TERMINATED: 08/11/2022*                              United States Attorney's Office − NDAL
1801 4th Avenue North
Birmingham, AL 35203
205−244−2106
Fax: 204−244−2171
Email: don.long2@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patricia V Bradley**
*Warden*
*TERMINATED: 09/23/2022*

**Defendant**

**Chad Garrett**
*TERMINATED: 09/23/2022*

1

**Defendant**

**Shoulders**
*TERMINATED: 08/05/2022*

**Defendant**

**Medley**
*TERMINATED: 08/05/2022*

**Defendant**

**Richard Griffin**  represented by  **Don B Long , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Xinyu Li**  represented by  **Don B Long , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jim Williamson**
*TERMINATED: 09/23/2022*

**Defendant**

**Shanquail Horton**
*TERMINATED: 09/23/2022*

**Defendant**

**Shelli Hunter**
*TERMINATED: 09/23/2022*

**Defendant**

**Sharon Bailey**  represented by  **Don B Long , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Lothrop**
*TERMINATED: 09/23/2022*

**Defendant**

**Ian Connors**
*TERMINATED: 09/23/2022*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2020 | 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against Patricia V Bradley, Federal Bureau of Prisons, The, Chad Garrett, Medley, Shoulders, United States of America, filed by Terri McGuire–Mollica.(KAM) (Entered: 11/13/2020) |
| 11/09/2020 | 2 | MOTION for Leave to Proceed in forma pauperis by Terri McGuire–Mollica. (KAM) (Entered: 11/13/2020) |
| 12/11/2020 | 3 | ORDER terming motion or declaration for leave to proceed in forma pauperis, plaintiff is required to pay a partial filing fee of $76.66, plaintiff is required to return signed attached consent form within 30 days. Signed by Magistrate Judge Staci G Cornelius on 12/11/2020. (KAM) (Entered: 12/11/2020) |
| 01/04/2021 | 4 | PRISONER CONSENT FORM by Terri McGuire–Mollica (MEB2) (Entered: 01/04/2021) |
| 01/15/2021 | 5 | MOTION for Temporary Restraining Order and MOTION for Preliminary Injunction by Terri McGuire–Mollica. (KEK) (Entered: 01/15/2021) |
| 01/20/2021 | | Initial Partial Filing fee: $ 41.66, receipt number B4601110907 (KAM) (Entered: 01/20/2021) |
| 02/03/2021 | 6 | ORDER that the court having received prisoner consent form the Warden is directed to deduct Monthly Payments from Prison Account of Terri McGuire Mollica. Signed by Magistrate Judge Staci G Cornelius on 2/3/2021. (KAM) (Entered: 02/03/2021) |
| 02/11/2021 | 7 | ORDER denying 5 Motion for TRO; denying 5 Motion for Preliminary Injunction. Signed by Judge R David Proctor on 2/10/2021. (KAM) (Entered: 02/11/2021) |
| 04/05/2021 | 8 | MOTION to Appoint Counsel by Terri McGuire–Mollica. (KAM) (Entered: 04/08/2021) |
| 06/04/2021 | 9 | ORDER denying 8 Motion to Appoint Counsel. Signed by Magistrate Judge Staci G Cornelius on 6/4/2021. (KAM) (Entered: 06/04/2021) |
| 11/01/2021 | 10 | NOTICE of Change of Address by Terri McGuire–Mollica (KAM) (Entered: 11/02/2021) |
| 01/10/2022 | 11 | REQUEST for Production of Documents by Terri McGuire–Mollica.(DNW) (Entered: 01/10/2022) |
| 01/19/2022 | 12 | ORDER re 11 Request for Production of Documents filed by Terri McGuire–Mollica which the court will construe as a motion for leave to conduct discovery. Accordingly, plaintiff's motion is DENIED without prejudice as premature. Signed by Magistrate Judge Staci G Cornelius on 1/19/2022. (JLC) (Entered: 01/19/2022) |
| 06/03/2022 | 13 | REPORT AND RECOMMENDATION that the court DISMISS WITHOUT PREJUDICE all claims and defendants in this action pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted, except Ms. McGuire–Mollicas Eighth Amendment claim relating to her ovarian cyst; Objections to R&R due by 6/17/2022. Signed by Magistrate Judge Staci G Cornelius on 6/3/2022. (KAM) (Entered: 06/03/2022) |
| 06/15/2022 | 14 | MOTION for Extension of Time to File Response to 13 REPORT AND RECOMMENDATION filed by Terri McGuire–Mollica by Terri McGuire–Mollica. (KAM) (Entered: 06/15/2022) |
| 06/16/2022 | 15 | |

| | | |
|---|---|---|
| | | ORDER granting 14 MOTION for Extension of Time to File Response/Reply as to 13 REPORT AND RECOMMENDATION; The plaintiff SHALL file any objections to the report and recommendation on or before July 1, 2022. Signed by Magistrate Judge Staci G Cornelius on 6/16/2022. (KAM) (Entered: 06/16/2022) |
| 07/14/2022 | 16 | OBJECTION to 13 Report and Recommendations by Terri McGuire−Mollica. (KAM) (Entered: 07/14/2022) |
| 08/05/2022 | 17 | MEMORANDUM OPINION AND ORDER – the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation; Consistent with that recommendation, the following claims are DISMISSED for failing to state a claim upon which relief can be granted: (1) the FTCA claim against the United States; (2) the denial of access to courts claim; (3) the Fourteenth Amendment due process claim that Plaintiff was denied access to her medical records; and (4) the Eighth Amendment claim that Wardens Patricia V. Bradley and Chad Garrett were deliberately indifferent during the COVID−19 pandemic.the following defendants are DISMISSED as parties to this lawsuit: the Bureau of Prisons, Administrator Shoulders, Case Manager Medley, and the unidentified mail room staff and medical/healthcare staff at Federal Correctional Institution Aliceville; The Clerk is DIRECTED to file Plaintiffs amended complaint (Doc. 16 at 3−12) as a stand−alone amended complaint. The amended complaint is REFERRED to the Magistrate Judge for further proceedings. Signed by Judge R David Proctor on 8/5/2022. (KAM) (Entered: 08/05/2022) |
| 08/05/2022 | 18 | AMENDED COMPLAINT against Patricia V Bradley, Chad Garrett, United States of America, filed by Terri McGuire−Mollica.(KAM) (Entered: 08/05/2022) |
| 08/11/2022 | 19 | REPORT AND RECOMMENDATION that the court **DISMISS WITHOUT PREJUDICE** Jim, Williamson, Shanquail Horton, Shelli Hunter, Patricia Bradley, Chad Garret, William Lothrop and Ian Connors for failure to state a claim upon which relief can be granted; Theundersigned further RECOMMENDS the court require McGuire−Mollica toprovide an adequate mailing address for Dr. Griffin, Dr. Li, and Nurse Bailey; Objections to R&R due by 8/25/2022. Signed by Magistrate Judge Staci G Cornelius on 8/11/2022. (KAM) Modified on 10/5/2022 (KAM, ). (Entered: 08/11/2022) |
| 08/29/2022 | 20 | Mail Returned as Undeliverable (Vacant). Mail sent to Terri McGuire Mollica re 19 R & R. (JLC) (Entered: 08/29/2022) |
| 08/30/2022 | 21 | ORDER The Report and Recommendation was mailed to plaintiff Terri McGuire−Mollica at Federal Correctional InstitutionMarianna (FCI−Marianna), but it was returned to the court as Vacant/Unable to Forward. (Doc. 20). The Federal Bureau of Prisons inmate locator reflects McGuire−Mollica is still located at FCI−Marianna as of August 30, 2022. The Clerk is directed to resend the Report and Recommendation (Doc. 19) to McGuire−Mollica at FCI−Marianna.. Signed by Magistrate Judge Staci G Cornelius on 8/30/2022. (KAM) (Entered: 08/30/2022) |
| 09/22/2022 | 22 | NOTICE for address updates by Terri McGuire−Mollica (KAM) (Entered: 09/23/2022) |
| 09/23/2022 | 23 | MEMORANDUM OPINION AND ORDER the court ADOPTS the Report and ACCEPTS the Recommendation. (Doc.19). Consistent with that Recommendation, it is ORDERED that thefollowing Defendants are DISMISSED as parties to this lawsuit: Chad Garrett, Shanquail Horton, Shelli Hunter, William Lothrop, Jim Williamson, Patricia V Bradley (Warden) and Ian Connors. It is FURTHER ORDERED that Plaintiffs claim for deliberate indifference to her serious medicalneeds is referred to the Magistrate Judge for further proceedings.. Signed by Judge R David Proctor on |

| | | |
|---|---|---|
| | | 9/23/2022. (KAM) (Entered: 09/23/2022) |
| 10/03/2022 | 24 | ORDER TO FILE SPECIAL REPORT within 60 days from the date of this order; copies mailed to plaintiff; mailed with complaint to named defendants. Signed by Magistrate Judge Staci G Cornelius on 10/3/2022. (KAM) (Entered: 10/03/2022) |
| 12/08/2022 | 25 | ORDER TO SHOW CAUSE the defendants are ORDERED to SHOW CAUSE, in writing and under oath, within 14 days from the entry date of this order, why the court should not order formal service of process on them with costs taxed to them personally. Alternatively, the defendants may execute and return a waiver of service of process within 14 days AND file a Special Report within 30 days from the entry date of this order. If the defendants timely return an executed waiver of service of process, they will not be required to show cause regarding service of process. The Clerk is DIRECTED to serve a copy of this Order, along with the Order for Special Report and the second amended complaint, on the defendants and on the United States Attorney for the Northern District of Alabama, 1801 Fourth Avenue North, Birmingham, AL 35203. Signed by Magistrate Judge Staci G Cornelius on 12/8/2022. (KAM) (Entered: 12/08/2022) |
| 12/08/2022 | 26 | MOTION for Extension of Time by United States of America. (Long, Don) (Entered: 12/08/2022) |
| 12/13/2022 | 27 | Second MOTION for Extension of Time by United States of America. (Long, Don) (Entered: 12/13/2022) |
| 12/15/2022 | 28 | ORDER The defendants' motion is **GRANTED** (Doc. 27 ), and the court considers their motion responsive to the December 8, 2022 order to show cause. The defendants' deadline to execute and return a waiver of service of process and to file their special report is **EXTENDED** to **February 7, 2023**. Signed by Magistrate Judge Staci G Cornelius on 12/15/2022. (KAM) (Entered: 12/15/2022) |
| 02/07/2023 | 29 | MOTION for Extension of Time by United States of America. (Long, Don) (Entered: 02/07/2023) |
| 02/09/2023 | 30 | ORDER – Defendants' 29 Motion for Extension of Time is **GRANTED**. the defendants' deadline to execute and return a waiver of service of process and file their special report is **EXTENDED** to **March 7, 2023**. Signed by Magistrate Judge Staci G Cornelius on 2/9/2023. (KAM) (Entered: 02/09/2023) |
| 02/16/2023 | 31 | MOTION to Amend the complaint by Terri McGuire−Mollica. (KAM) (Entered: 02/16/2023) |
| 03/06/2023 | 32 | NOTICE of Appearance by Don B Long, III on behalf of Sharon Bailey, Richard Griffin, Xingh Li (Long, Don) (Entered: 03/06/2023) |
| 03/06/2023 | 33 | WAIVER OF SERVICE Returned Executed by Sharon Bailey, Richard Griffin, Xingh Li. Sharon Bailey waiver sent on 10/3/2022, answer due 12/2/2022; Richard Griffin waiver sent on 10/3/2022, answer due 12/2/2022; Xingh Li waiver sent on 10/3/2022, answer due 12/2/2022. (Attachments: # 1 Sharon Bailey Waiver, # 2 Dr. Richard Griffin Waiver, # 3 Dr. Xingh Li Waiver)(Long, Don) (Entered: 03/06/2023) |
| 03/06/2023 | 34 | ORDER: Plaintiff's motion to amend her complaint is set for a Telephone Conference on 4/4/2023 10:30 AM before Magistrate Judge Staci G Cornelius. The parties are **DIRECTED** to dial 877−336−1831 five minutes before the telephone conference begins. The access code is 2778178. Counsel for the defendants SHALL arrange for McGuire−Mollica to have access to a telephone in a private area where she can |

| | | |
|---|---|---|
| | | participate in the telephone conference without interruption. The defendants' deadline to execute and return a waiver of service of process and file their special report is **EXTENDED** TO **April 17, 2023**. Signed by Magistrate Judge Staci G Cornelius on 3/6/2023. (KAM) (Entered: 03/06/2023) |
| 04/04/2023 | | Minute Entry for proceedings held before Magistrate Judge Staci G Cornelius: Telephone Conference held on 4/4/2023. (BST, ) (Entered: 04/04/2023) |
| 04/04/2023 | 35 | ORDER As discussed at the April 4, 2023 telephone conference, the parties are **REQUIRED** to enter an election regarding the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c) within **fourteen (14) days** of the date of this order. The defendants' deadline to file their special report is **SUSPENDED** during this time and will be reset by separate order. Signed by Magistrate Judge Staci G Cornelius on 4/4/2023. (KAM) (Entered: 04/04/2023) |
| 04/11/2023 | 36 | CONSENT to Jurisdiction by US Magistrate Judge Staci G. Cornelius filed by Terri McGuire−Mollica, Richard Griffin, Patricia V Bradley, Xingh Li, Sharon Bailey (KAM) (Entered: 04/11/2023) |
| 04/12/2023 | 37 | ORDER This case is before the court on the parties Consent to Magistrate Judge Authority filed April 11, 2023. (Doc. # 36). In accordance with the Consent (Doc. # 36), this matter is submitted to the jurisdiction of United States Magistrate Judge Staci G. Cornelius for the exercise of full dispositive authority. Signed by Judge R David Proctor on 4/12/2023. (KAM) (Entered: 04/12/2023) |
| 04/12/2023 | 38 | NOTICE OF REASSIGNMENT: The parties having consented to the jurisdiction of a magistrate judge, this civil action is reassigned to Magistrate Judge Staci G Cornelius. Judge R David Proctor no longer assigned to the case. (KAM) (Entered: 04/12/2023) |
| 04/28/2023 | 39 | **ORDER REFERRING CASE TO MEDIATION** This matter is **REFERRED** to mediation with the Honorable Gray M. Borden. Within **14 days**, the defendants' counsel is directed to confer with the plaintiff to identify three mutually agreeable dates for mediation and provide those dates in an email to borden_chambers@alnd.uscourts.gov, with a copy sent to the plaintiff. Signed by Magistrate Judge Staci G Cornelius on 4/28/2023. (CTF) (Entered: 04/28/2023) |
| 05/11/2023 | 40 | ORDER–This case is SET for mediation on **June 12, 2023, at 10:00 a.m.** with Magistrate Judge Gray M. Borden. The mediation will be conducted by videoconference. The courtroom deputy will provide information on the videoconference directly to all parties prior to the mediation. Signed by Magistrate Judge Gray M Borden on 05/11/2023. (AKD) (Entered: 05/11/2023) |
| 06/12/2023 | | Minute Entry for proceedings held before Magistrate Judge Gray M Borden: Settlement Conference held on 6/12/2023. (ASL) (Entered: 06/12/2023) |
| 06/13/2023 | 41 | **ORDER** This continuation of the mediation is **SET** on **August 9, 2023,** at **10:00 a.m.** with Magistrate Judge Gray M. Borden. The mediation will be conducted by video conference. Counsel for each party will be required to attend the mediation along with the party or if the party is not an individual with an appropriate representative. In either event, an individual with settlement authority must attend. Signed by Magistrate Judge Gray M Borden on 6/13/2023. (CTF) (Entered: 06/13/2023) |
| 08/08/2023 | 42 | **ORDER** The court has learned that Ms. McGuire−Mollica will not be available for the mediation scheduled for tomorrow due to illness. It is therefore **ORDERED** that the mediation is **RESET** for **August 17, 2023,** at **9:00 a.m.** with Magistrate Judge Gray M. |

| | | |
|---|---|---|
| | | Borden. The mediation will be conducted by videoconference. Counsel for each party will be required to attend the mediation along with the party or – if the party is not an individual – with an appropriate representative. In either event, an individual with settlement authority must attend. Signed by Magistrate Judge Gray M Borden on 8/8/2023. (CTF) (Entered: 08/08/2023) |
| 08/16/2023 | | Set/Reset Hearings: (see Order 42 ) Settlement Conference set for 8/17/2023 09:00 AM before Magistrate Judge Gray M Borden. (ASL) (Entered: 08/16/2023) |
| 08/17/2023 | | Minute Entry for proceedings held before Magistrate Judge Gray M Borden: Settlement Conference held on 8/17/2023. (ASL) (Entered: 08/17/2023) |
| 09/08/2023 | 43 | ORDER DENYING 31 Motion to Amend/Correct; The defendants are ORDERED to respond to the court's October 3, 2022 Order for Special Report 24 on or before October 9, 2023. Signed by Magistrate Judge Staci G Cornelius on 09/08/2023. (AKD) (Entered: 09/08/2023) |
| 10/02/2023 | 44 | MOTION to Seal *Medical Records* by Sharon Bailey, Richard Griffin, Xingh Li. (Long, Don) (Entered: 10/02/2023) |
| 10/05/2023 | 45 | MOTION for Extension of Time *to File Special Report*<br>Motion is **RIPE 10/5/2023**. Any party may file a motion to reconsider within three (3) business days of a ruling on the motion.<br>Filed by Sharon Bailey, Richard Griffin, Xingh Li. (Long, Don) (Entered: 10/05/2023) |
| 10/13/2023 | 46 | ORDER GRANTING IN PART 44 Motion to Seal medical records; The defendants may file the plaintiff's unredacted medical records under seal, but they SHALL also file a version of the medical records on the record, redacting any confidential information; ORDER GRANTING 45 MOTION to extend the deadline for Special Report; The Special Report is extended until October 19, 2023. Signed by Magistrate Judge Staci G Cornelius on 10/13/2023. (AKD) (Entered: 10/13/2023) |
| 10/19/2023 | 47 | SPECIAL REPORT, MOTION to Dismiss, MOTION for Summary Judgment filed by Sharon Bailey, Richard Griffin, Xingh Li. (Attachments: # 1 Exhibit List, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Long, Don) Modified on 10/19/2023 (AKD). (Entered: 10/19/2023) |
| 10/20/2023 | 48 | ***Document Sealed: Medical Records FILED UNDER SEAL pursuant to Order 46 (Attachments: # 1 Exhibit F) (AKD) (Entered: 10/20/2023) |
| 10/23/2023 | 49 | ORDER−The court construes the special report as a motion for summary judgment. It is ORDERED that the plaintiff must respond to the motion for summary judgment within 21 days. Signed by Magistrate Judge Staci G Cornelius on 10/23/2023. (AKD) (Entered: 10/23/2023) |
| 10/23/2023 | | MOTION for Summary Judgment pursuant to Order 49 . (AKD) (Entered: 10/23/2023) |
| 11/01/2023 | 50 | MOTION for Extension of Time to File Response to Defendant's Special Report by Terri McGuire−Mollica. (AKD) (Entered: 11/01/2023) |
| 11/01/2023 | 51 | ORDER GRANTING 50 Motion for Extension of Time to File Response/Reply; The plaintiff's deadline to respond to the Special Report is extended until November 21, 2023. Signed by Magistrate Judge Staci G Cornelius on 11/01/2023. (AKD) (Entered: 11/01/2023) |

| | | |
|---|---|---|
| 11/20/2023 | 52 | Opposition to re 47 Special Report, Motion to Dismiss and Motion for Summary Judgment and Plaintiff's Request to Issue Subpeonas and Proceed to Trial filed by Terri McGuire–Mollica. (AKD) (Entered: 11/20/2023) |
| 12/04/2023 | 53 | MOTION for Leave to File *Reply in Support of Motion to Dismiss* by Sharon Bailey, Richard Griffin, Xingh Li. (Attachments: # 1 Exhibit A (Proposed Reply)(Long, Don) (Entered: 12/04/2023) |
| 12/13/2023 | 54 | Opposition to re 53 Motion For Leave To File Reply filed by Terri McGuire–Mollica. (AKD) (Entered: 12/13/2023) |
| 03/06/2024 | 55 | ORDER GRANTING 53 Motion for Leave to File a Reply; The defendants are DIRECTED to separately file the proposed reply as a standalone document within five days of this order, and it will be considered by the court in ruling on their pending motion to dismiss. Signed by Magistrate Judge Staci G Cornelius on 03/06/2024. (AKD) (Entered: 03/06/2024) |
| 03/06/2024 | 56 | REPLY Brief filed by Defendants Sharon Bailey, Richard Griffin, Xinyu Li re: 47 MOTION to Dismiss filed by Sharon Bailey, Richard Griffin, Xinyu Li. (Long, Don) (Entered: 03/06/2024) |
| 03/08/2024 | 57 | MEMORANDUM OPINION. Signed by Magistrate Judge Staci G Cornelius on 03/08/2024. (AKD) (Entered: 03/08/2024) |
| 03/08/2024 | 58 | FINAL JUDGMENT–In accordance with the memorandum opinion entered on this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is ORDERED that the defendants' motion to dismiss is GRANTED and their motion for summary judgment DENIED AS MOOT. 47 . This action is DISMISSED WITHOUT PREJUDICE. Costs are taxed as paid. Signed by Magistrate Judge Staci G Cornelius on 03/08/2024. (AKD) (Entered: 03/08/2024) |
| 03/18/2024 | 59 | **WITHDRAWN** MOTION for Reconsideration, MOTION for Leave to File Surreply To Defendants Support of Motion to Dismiss by Terri McGuire–Mollica. (AKD) Modified on 4/5/2024 (KAM). (Entered: 03/18/2024) |
| 03/20/2024 | 60 | MOTION to Withdraw 59 MOTION for Reconsideration and MOTION to File SurReply in Opposition to Dismiss by Terri McGuire–Mollica. (AKD) (Entered: 03/20/2024) |
| 04/05/2024 | 61 | ORDER The court **GRANTS** the plaintiff's motion to withdraw her motion for reconsideration and to file a sur–reply. (Doc. 60). The clerk is directed to TERM the plaintiff's motion for reconsideration and to file a sur–reply. (Doc. 59). Signed by Magistrate Judge Staci G Cornelius on 4/5/2024. (KAM) (Entered: 04/05/2024) |
| 04/08/2024 | 62 | NOTICE OF APPEAL as to 58 Order Dismissing Case, by Terri McGuire–Mollica. (AKD) (Entered: 04/08/2024) |
| 04/08/2024 | 63 | Transmittal letter to 11th Circuit Court of Appeals re 62 Notice of Appeal (AKD) (Entered: 04/08/2024) |

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

Mr. Dave Smith, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303.

U.S.D.C. No :7:20 CV 1768 SGC
U.S.C.A. No. New Appeal
IN RE:   McGuire-Mollica v. Federal Bureau of Prisons, The et al.,

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

☒    Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐    Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.; Click here to enter text. volume(s) of transcripts;

☒    First Notice of Appeal? Yes   Dates of other Notices:

☐    The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐    Original papers (court file) and certified copy of docket entries per USCA request.

☐    There was no hearing from which a transcript could be made.

☐    Copy of CJA Form 20 or District Court order appointing counsel.

☒    The appellant docket fee has been paid. **No** Date Paid:

☐    The appellant has been leave to appeal in forma pauperis and    request for certificate of appealability (order enclosed).

☒    The Judge/Magistrate Judge appealed from is: Staci G. Cornelius

☐    The Court Reporter is:

☐    This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Joe Bulgarella, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐    This is a **DEATH PENALTY** appeal.

☐    Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐    Other:

xc:   Counsel                             Greer M. Lynch, Clerk

By___A. Day_____
Deputy Clerk

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Notice of Appeal
DATE: 04/04/2024 07:12:21 PM

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

TERRI MCGUIRE-MOLLICA,
    Plaintiff

v.                                                                  Case No. 7:20-cv-01768-SGC

RICHARD GRIFFIN, et al
    Defendants

## NOTICE OF APPEAL

COMES NOW, Terri McGuire-Mollica, pro se litigant, unskilled and unschooled in the law, notifying this Honorable Court that she plans to APPEAL to the United States Appeals Court for the Eleventh Circuit, this Court's Final Judgment and Dismissal of her Bivens-styled Motion (Doc 58), filed on 3/08/2024.

Respectfully submitted, this the 4th day of April 2024.

*/s/ Terri McGuire-Mollica*

Terri McGuire-Mollica
Reg No. 31860-001
c/o FPC Marianna
P.O. Box 7006
Marianna, FL 32447

10

TRULINCS 31860001 - MOLLICA, TERRI MCGUIRE - Unit: MNA-X-A

---

FROM: 31860001
TO:
SUBJECT: Cert of Service BHAM
DATE: 04/04/2024 07:14:32 PM

CERTIFICATE OF SERVICE

Pursuant to Title 28 U.S.C. section 1746, I, Terri McGuire-Mollica, certify under penalty of perjury that a true and correct copy of:

NOTICE OF APPEAL

was served on the U.S. District Court in Birmingham, AL, via first-class prepaid U.S. Mail, by placing it in the FPC Marianna Prison Mailbox System, on this the 4th day of April 2024.

Terri McGuire-Mollica
Reg No. 31860-001

Mallice #31860.001  
Federal Prison Camp  
PO Box 2006  
Marianna FL 32447

PENSACOLA FL 325

5 APR 2024 PM 1 L

U.S. District Court  
1729 - 5th Avenue North  
Birmingham AL 35203-2040

Attn: Clerk of Court

35203-200099